# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, KHALDOUN CHERDOUD<br><br>v.<br><br>UBER TECHNOLOGIES, INC., GEGAN, LLC | CIVIL ACTION<br><br>NO. 16-573 |

# **O R D E R**

And **NOW**, this  21ST  day of July, 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss and compel arbitration (ECF 15) is **DENIED**; and

2. Defendants' motion to stay this action (ECF 18) is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-573 Razak v Uber Technologies\Order Denying MtD and MtS.docx