# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, KHALDOUN CHERDOUD<br><br>v.<br><br>UBER TECHNOLOGIES, INC., GEGAN, LLC | CIVIL ACTION<br><br>NO. 16-573 |

## ORDER

And NOW, this 7th day of October 2016, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendants' Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) (ECF No. 38) is GRANTED in part and DENIED in part as follows:

1. Defendants' Motion is DENIED without prejudice as to Count One, Count Three, and Count Seven;

2. Defendants' Motion is GRANTED in part and DENIED in part without prejudice as to Count Six;

3. Defendants' Motion is GRANTED without prejudice as to Count Two;

4. Defendants' Motion is GRANTED with prejudice as to Count Eight;

Plaintiffs may file an amended complaint as to Count Two and Count Six within 14 days of the date of this Order.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Jessica.2016\16-cv-573 Razak v. Uber\Judgment on the Pleadings Order.docx