IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALI RAZAK, KENAN SABANI, KHALDOUN CHERDOUD<br><br>v.<br><br>UBER TECHNOLOGIES, INC., GEGAN, LLC | CIVIL ACTION<br><br>NO. 16-573 |
|---|---|

## ORDER

And NOW, this 14th day of December 2016, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 48) is DENIED, and Defendants' Motion to Strike under Federal Rule of Civil Procedure 12(f) (ECF No. 48) is GRANTED in part and DENIED in part as follows:

1. Paragraphs 82, 83, 84, 85 and 86 will be stricken from the Amended Complaint.

Prior to the Rule 16 Conference, Counsel shall discuss an expedited discovery schedule with respect to Count Two and Count Four of the Amended Complaint.

BY THE COURT:

/s/ Michael Baylson

**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-573 Razak v. Uber\Order Re Motion to Dismiss and Strike.docx