IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALI RAZAK, KENAN SABANI, KHALDOUN CHERDOUD<br><br>v.<br><br>UBER TECHNOLOGIES, INC., GEGAN, LLC | CIVIL ACTION<br><br>NO. 16-573 |
|---|---|

## ORDER

And NOW, this 13th day of September 2017, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendants' Motion for Partial Summary Judgment (ECF 66) is DENIED, without prejudice and with leave to refile at the completion of discovery. Defendants' Motion to Strike the new portions of Plaintiffs' Amended Statement of Disputed and Undisputed Fact (ECF 83) is GRANTED in part and DENIED in part as follows:

1. Paragraphs 82-103 will be stricken from Plaintiffs' Amended Statement of Disputed and Undisputed Fact (ECF 80).

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-573 Razak v Uber Technologies\Order Re Partial MSJ.docx