IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALI RAZAK, KENAN SABANI and, : 
KHALDOUN CHERDOUD, individually :
and on behalf of all others similarly situated, :  Case No. 16-0573
:
Plaintiffs, :  Judge Michael M. Baylson
:
v. :
:
UBER TECHNOLOGIES, INC. and :
GEGEN LLC, :
:
Defendants. :

**APPENDIX TO DEFENDANTS'
STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The following is an appendix of documents in support of Defendants' Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment.

| Exhibit | |
|---|---|
| 1 | Excerpts from the Deposition of Umer Razak as Corporate Representative of Luxe Limousine Services, Inc. – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 2 | Excerpts from the Deposition of Kenan Sabani (January 4, 2018) – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 3 | Excerpts from the Deposition of Kenan Sabani (May 8, 2017) |
| 4 | Excerpts from the Deposition of Ali Razak (May 8, 2017) |
| 5 | Excerpts from the Deposition of Ali Razak (January 3, 2018) – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 6 | Excerpts from the Deposition of Jordan Holtzman-Conston |
| 7 | Excerpts for the Deposition of Khaldoun Cherdoud – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 8 | Declaration of Jordan Holtzman-Conston |
| 9 | Luxe Limousine Pennsylvania Articles of Incorporation |
| 10 | Luxe's PUC Certificate |
| 11 | Technology Services Agreement dated December 11, 2015 |
| 12 | Driver Addendum |

| | |
|---|---|
| 13 | Luxe 2015 U.S. Income Corporate Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 14 | Luxe 2016 U.S. Corporate Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 15 | Luxe list of 1099 transportation providers |
| 16 | Razak 2016 U.S. Individual Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 17 | Printout of Luxe website |
| 18 | Razak 2015 U.S. Individual Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 19 | Barry Limo, LLC Partnership Agreement |
| 20 | Invoice of Luxe's Blacklane trips |
| 21 | Sabani correspondence with private customers |
| 22 | Sabani 2014 U.S. Individual Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 23 | Sabani 2015 U.S. Individual Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 24 | Sabani 2016 U.S. Individual Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 25 | Cherdoud 2013 U.S. Individual Income Tax Return – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |
| 26 | Printout of Freemo's website |
| 27 | Printout of Freemo's Yelp advertisement |
| 28 | Articles of Incorporation for Milano Limo, Inc. |
| 29 | Transcript of Hearing (Oct. 18, 2017) |
| 30 | Freemo's Sales Report generated from Square payment processing tool |
| 31 | IRS Form 1099s Luxe issued to its drivers in 2016 – FILED UNDER SEAL PURSUANT TO PLAINTIFFS' REQUEST |

Respectfully submitted,

Dated: January 26, 2017

/s/ Joshua C. Vaughn
Paul C. Lantis, (PA #309240)
Wendy Buckingham (PA #320259)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Telephone: (267) 402-3073
Facsimile: (267) 402-3131
PLantis@littler.com

Robert W. Pritchard, (PA #76979)
Joshua C. Vaughn, (PA #203040)
**LITTLER MENDELSON, P.C.**
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222
Telephone: (412) 201-7628
Facsimile: (412) 774-1957
RPritchard@littler.com
JVaughn@littler.com

Andrew M. Spurchise (admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
900 Third Avenue
8th Floor
New York, NY 10022
Telephone: (212) 583-2684
Facsimile: (212) 832-2719
ASpurchise@littler.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC and
GEGEN, LLC

## **CERTIFICATE OF SERVICE**

      I, Joshua C. Vaughn, hereby certify that on this January 26, 2018, I caused the foregoing APPENDIX TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT to be filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

John K. Weston, Esquire
Jeremy E. Abay, Esquire
Sacks Weston Diamond, LLC
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

                                              */s/ Joshua C. Vaughn*