# Exhibit 21

Subject: **Re: Lawer fares**

| | |
|---|---|
| From: | sabani27@yahoo.com |
| To: | Redacted |
| Date: | Friday, May 13, 2016, 3:05:29 PM EDT |

Normal Weekly rate of $1700 for the following
10 PHL Rides
**30 Local Rides**

Over the allotted rides has the following rates
1. **PHL Rides - $55/ride**
2. **Local Rides -** ███████████████████
████████████

3. Minimum of 15% gratitude (tip) based on the total allotted rides.

Note: that these rates are based on round-up suv requests. Up to 7 people.

 Sincerely

Freemo Limo, LLC
 Philadelphia, Pa

 (215) 960-1777

Normal Weekly rate of $1700 for the following10 PHL Rides30 Local Rides
Over the allotted rides has the following rates1. PHL Rides - $55/ride
2. Local Rides - $30 anywhere with in the city, unless there is a wait time of more then 15 min. $1.00 per min3. Minimum of 15% gratitude (tip) based on the total allotted rides.
Note: that these rates are based on round-up suv requests. Up to 7 people.
 Sincerely
Freemo Limo, LLC  Philadelphia, Pa
 (215) 960-1777
——— Original message ———
From: ██Redacted███████████████████████████████
Date: 5/13/16 2:29 PM (GMT-05:00)
To: "Mr. Sabani" <sabani27@yahoo.com>
Subject: Re: Lawer fares

OK. Please just fill in the ?? or correct them.

Normal Weekly rate of $1700 for the following
10 PHL Rides
30 Local Rides

Over the allotted rides has the following rates
PHL Rides - $55/ride
Local Rides - █████

On Fri, May 13, 2016 at 1:16 PM, Mr. Sabani <sabani27@yahoo.com> wrote:
 Do you mean sending you the spreadsheet for each week since we started the regular  rides?
 Or
 Just the rates for the normal 10 and 30 weekly rides plus the extra?

 If its the second one, i sent you the brake down yesterday right after the email you sent me.

 Let me know.



RAZAK_UBER_PL0007543

Sincerely

Freemo Limo, LLC
 Philadelphia, Pa

 (215) 960-1777

------ Original message ------
From: [Redacted]
Date: 5/13/16 1:00 PM (GMT-05:00)
To: "Mr. Sabani" <sabani27@yahoo.com>
Subject: Re: Lawer fares

When you get a chance, please send me the PHL and local ride counts and cost for our normal weekly rate and then the rates for when we exceed that number of rides.  I need this to ensure that it can be communicated in case we're asked for details.

On Fri, May 13, 2016 at 12:52 PM, Mr. Sabani <sabani27@yahoo.com> wrote:

Hi [Redacted].

The fare rates from and to the airport have been lowered to $55 flat.
The local rides stay the same...

This means, anything after the 10 phl rides will cost $55.

This is an offer for you only.

I greatly appreciate your business and as always we will do our best to provide a great service to you and the group.

If you have any questions or concerns, please let me know.

Have a nice day and a great weekend.

Please confirm that you got this email.

Thanks again.

 Sincerely

Freemo Limo, LLC
 Philadelphia, Pa

 (215) 960-1777

------ Original message ------From: [Redacted]                              Date: 5/13/16  2:29 PM  (GMT-05:00) To: "Mr. Sabani" <sabani27@yahoo.com> Subject: Re: Lawer fares
OK. Please just fill in the ?? or correct them.
Normal Weekly rate of $1700 for the following10 PHL Rides30 Local Rides
Over the allotted rides has the following ratesPHL Rides - $55/ride
Local Rides - $??/ride
On Fri, May 13, 2016 at 1:16 PM, Mr. Sabani <sabani27@yahoo.com> wrote:
Do you mean sending you the spreadsheet for each week since we started the regular  rides?OrJust the rates for the normal 10 and 30 weekly rides plus the extra?
If its the second one, i sent you the brake down yesterday right after the email you sent me.
Let me know.

 Sincerely
Freemo Limo, LLC  Philadelphia, Pa

(215) 960-1777
––––– Original message ––––-From: ▮▮▮▮▮ Date: 5/13/16  1:00 PM  (GMT-05:00) To: "Mr. Sabani" <sabani27@yahoo.com> Subject: Re: Lawer fares
When you get a chance, please send me the PHL and local ride counts and cost for our normal weekly rate and then the rates for when we exceed that number of rides.  I need this to ensure that it can be communicated in case we're asked for details.
On Fri, May 13, 2016 at 12:52 PM, Mr. Sabani <sabani27@yahoo.com> wrote:

Hi ▮▮▮▮.

The fare rates from and to the airport have been lowered to $55 flat.
The local rides stay the same...

This means, anything after the 10 phl rides will cost $55.

This is an offer for you only.

I greatly appreciate your business and as always we will do our best to provide a great service to you and the group.

If you have any questions or concerns, please let me know.

Have a nice day and a great weekend.

Please confirm that you got this email.

Thanks again.


    Sincerely
Freemo Limo, LLC  Philadelphia, Pa
  (215) 960-1777

RAZAK_UBER_PL0007545