# Exhibit 29

```
                     UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF PENNSYLVANIA

ALI RAZAK, et al,           .    Case No. 2:16-cv-00573-MMB
                            .
          Plaintiff,        .
                            .    U.S. Courthouse
     v.                     .    601 Market Street
                            .    Philadelphia, PA 19106
UBER TECHNOLOGIES, INC.,    .
et al.,                     .
                            .
          Defendants.       .
                            .    October 18, 2017
. . . . . . . . . . . . . . .

                       TRANSCRIPT OF HEARING
                BEFORE HONORABLE MICHAEL M. BAYLSON
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiffs:             JEREMY E. ABAY, ESQ.
                            JOHN K. WESTON, ESQ.
                            SACKS WESTON DIAMOND, LLC
                            1845 Walnut Street, Suite 1600
                            Philadelphia, PA 19103
                            215-928-8200
                            Fax: 267-639-5422
                            Email: jabay@sackslaw.com

For Defendants              ROBERT WILLIAM PRITCHARD
                            PAUL C. LANTIS
                            LITTLER MENDELSON, P.C.
                            Dominion Tower 26th Floor
                            625 Liberty Avenue
                            Pittsburgh, PA 15222
                            412-201-7628
                            Email: rpritchard@littler.com

Audio Operator:

Transcriber:                UBIQUS REPORTING, INC.
                            61 Broadway, Suite 1400
                            New York, NY 10006
                            212-346-6666
                            Email: infousa@ubiqus.com


          Proceedings recorded by electronic sound
    recording, transcript produced by transcription service.
```

Discussion/Rulings on Motions to Compel    4

1  discovery on and to resolve.  One was the issue of
2  compensability, which was the subject of a prior Defendants'
3  motion for partial summary judgment, which I denied with a
4  memorandum and order dated September 13, 2017.  And the other
5  is the issue of whether the Plaintiffs are employees of Uber or
6  independent contractors.  You know, in retrospect I think I
7  should have designated both of those issues for expedited
8  discovery and -- but I didn't.  So when I finished the
9  Defendants' motion for partial summary judgment on the
10 compensability issue, which I decided to go first, I noted in
11 there in that amended -- in that opinion that we were going to
12 move ahead to the issue of whether the Plaintiffs are employees
13 or independent contractors, and I said that there should be
14 some discovery on that issue.  All right, and that's led to the
15 two motions that are now pending.  One is a motion to quash the
16 subpoena that Plaintiffs filed.  Well, not Plaintiffs.  It was
17 a subpoena of third parties named Luxe Limousine Services,
18 Freemo Limo, Inc., and Milano Limo, Inc.  And -- but counsels
19 for the Plaintiffs are also counsel for those third parties.
20 But if I understand correctly, Mr. Abay and Mr. Weston, that
21 those third parties are owned by these Plaintiffs.  Is that
22 right?
23          MR. ABAY:  That's correct, Your Honor.
24          THE COURT:  Okay, so for -- you know, they're
25 associated, they're separate from the Plaintiffs.  They're