# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD<br><br>v.<br><br>UBER TECHNOLOGIES, INC., and GEGAN, LLC | CIVIL ACTION<br><br>NO. 16-573 |

## ORDER GRANTING SUMMARY JUDGMENT

**AND NOW**, this 11th day of April, 2018, upon careful consideration of Defendants' Motion for Summary Judgment (ECF 114) and all submissions related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motion for summary judgment is **GRANTED**. Plaintiff's motion for reconsideration (ECF 95) of the Court's prior denial of partial summary judgment is **DENIED** as moot.

The Complaint is therefore **DISMISSED** with prejudice.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-573 Razak v Uber Technologies\16cv573 Order Granting Summary Judgment.doc