**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, AND KHALDOUN CHERDOUD, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. AND GEGEN LLC, <br><br> Defendants. | Civil Action No. 2:16-CV-00573-MMB <br><br> Judge Michael M. Baylson |

**DEFENDANTS' PRETRIAL MEMORANDUM**

Defendants Uber Technologies, Inc. and Gegen LLC (collectively, "Defendants"), by and through undersigned counsel, and pursuant to the Court's Report of Final Pretrial Conference (ECF No. 153), hereby submits the following Pretrial Memorandum.

**I.      NATURE OF ACTION AND BASIS OF JURISDICTION.**

Plaintiffs Ali Razak, Kenan Sabani, and Khaldoun Cherdoud (collectively "Plaintiffs") assert claims against Defendants pursuant to the Fair Labor Standards Act (FLSA), Pennsylvania Minimum Wage Act (PMWA), and Pennsylvania Wage Payment and Collection Law (WPCL). Plaintiffs' claims present a federal question, and as a result, this Court has jurisdiction.

**II.      COUNTER-STATEMENT OF FACTS.**

Plaintiffs own and operate successful limousine companies, with fleets of up to 16 vehicles and more than a dozen drivers. Although they generate business in a variety of ways – including online advertising, bookings through 24-hour service numbers, and referrals from local hotels – they brought this action against Defendants alleging that they are Defendants' employees under the FLSA, PMWA, and WPCL, because they use the Uber mobile smartphone application as one of several tools for connecting with riders.

### A.      Uber Is A Technology Company.

Uber is a technology company that invents, develops, markets, and licenses software that facilitates connections between users on its Mobility, Delivery, and Freight platforms. The core of Uber's business is its technology that facilitates multi-sided platforms. Uber has spent billions of dollars to develop, expand, and deploy its technology products, and it employs thousands of people in technology-centric roles, such as software engineers and data scientists.

### B.      Uber's Driver and Rider Apps Facilitate Connections Between Riders and Transportation Providers.

One of Uber's platforms provides matching services that enables individuals who want personal transportation services ("riders") to request transportation services from those engaged in the business of providing transportation services ("drivers"). Uber's Rider App offers riders an opportunity to request different transportation options that vary in type and cost. The option known as "UberBLACK" enables riders to connect with transportation providers who drive luxury vehicles. For a driver to have access to use the UberBLACK platform, the driver's car must meet certain luxury standards, the driver must have commercial auto insurance—separate from personal auto insurance—and the driver must have all permits required by their city to operate a commercial livery vehicle.

Uber's Mobility platform provides a variety of services to both riders and drivers, including matching services, pricing suggestions based on dynamic supply and demand, payment processing, safety measures, and a 360-degree star rating system for both riders and drivers, among other things. Both riders and drivers pay Uber to use its software—drivers pay a Service Fee, and riders pay a Booking Fee. To use the software, drivers log on to Uber's Driver App. After logging on, drivers can go "online" to receive trip requests when available, which the drivers are free to accept or decline.

Uber itself is not in the business of providing transportation services in Philadelphia. Uber does not employ individuals to provide transportation services in Philadelphia, and it does not contract with riders to guarantee them transportation services in Philadelphia. If no driver accepts a rider's trip request, it will go unfulfilled, as Uber cannot require any driver to accept a trip and does not employ any drivers.

### C.   Agreements Confirm The Independent Contractor Status Of Independent Transportation Companies And Drivers.

Independent transportation companies who desire to use Uber's Driver App to obtain requests to provide transportation services on UberBLACK must first enter into a services agreement with Uber that sets forth the relationship between them. Pursuant to the agreement, the independent transportation companies are Uber's customers who contract with Uber (in its capacity as a technology services provider) for the opportunity to use Uber's technology.

The services agreement makes clear that the independent transportation companies and the drivers that contract with them: (a) are not controlled or directed by Uber (generally or in the provision of transportation services); (b) retain the sole right to determine when, where, and for how long they will use Uber's Driver App; (c) retain the option to accept or ignore a rider's request for transportation services at their discretion, or even to cancel an accepted request; and (d) have the complete freedom to operate their independent businesses at their own discretion, including to provide transportation services at any time to any third party separate and apart from Uber's Driver App (including the right to provide transportation services to private customers and to use other software applications to obtain trip requests). Finally, the agreements confirm that the relationship between the parties is that of "independent contracting parties" and that Uber is not the employer of the independent transportation companies or their drivers.

Once a transportation company has entered into an agreement with Uber, drivers engaged by that transportation company may use Uber's Driver App after they agree to the terms of a "driver addendum" to the services agreement.  The driver addendum confirms, among other things, that Uber does not direct or control the driver in the provision of transportation services, including when, where, or for how long the driver will utilize Uber's Driver App.

### D.   Uber Does Not Control Independent Transportation Companies Or Drivers.

Drivers using Uber's Driver App control the manner in which they provide services to riders. Drivers control and determine when they provide rides, where they provide rides, how long they will use Uber's Driver App, when they stop using Uber's Driver App, and how long they will take between sessions using Uber's Driver App. Uber does not schedule start or stop times for drivers, or require them to be online on Uber's Driver App at any particular time or for any specific number of hours. Drivers choose when to go online based on their own interests and motivations, and each driver "schedules himself."

In addition to choosing when to go online, "drivers independently decide where to go" while online. Uber does not place any restrictions on drivers' ability to engage in personal activities while online, and Plaintiffs have, in fact, engaged in a range of personal activities while online. For example, while online, Plaintiffs slept, ran personal errands, conducted business for their independent transportation companies (including sending e-mails promoting their companies, accepting rides from private clients, and dispatching private trips to other drivers), smoked cigarettes, took personal phone calls, and rejected trip requests because they were tired.

In addition, drivers "are permitted to work for competing companies" while also using Uber' Driver App. Uber does not prohibit drivers from using other applications in addition to Uber's Driver App or from providing transportation services to others outside Uber's Driver App.

Indeed, Plaintiffs regularly provided transportation services to riders outside Uber's Driver App, including riders identified through a company known as Blacklane, as well as from advertising and private referrals. As noted above, Uber does not require drivers to accept trip requests, and drivers are free to reject trip requests for any reason (and to cancel trip requests after accepting them).

Further, Uber does not require the drivers to follow any specific script when interacting with passengers, require them to provide items like chargers or water to riders, require that they take any specific route, or require that they work any particular region or area of the city. In fact, drivers have no supervisor and do not report to anyone at Uber.

### E.     Plaintiffs Own And Operate Transportation Companies.

Luxe Limousine Services, Inc. ("Luxe"), Freemo Limo, LLC ("Freemo"), and Milano Limo, Inc. ("Milano") are business entities owned and operated by the Plaintiffs. Specifically, Razak was co-owner of Luxe; Sabani owns Freemo; and Cherdoud owns Milano. Transportation providers who use Uber's Driving App for matching services are free to operate their own businesses outside of the UberBLACK platform.

### 1.     Razak's Ownership And Operation Of Luxe Limousine Services, Inc.

Plaintiff Ali Razak and his brother own Luxe. Incorporated in 2012, Luxe is in the transportation business, and it has its own certificate from the Pennsylvania Public Utility Commission (PUC) to provide black car transportation services. Luxe's PUC certificate contemplates that Luxe will provide hourly-rate services, as well as fixed-fee black car services for special events such as weddings and proms.

After determining that increasing the size of its fleet would be "good business," Luxe expanded its fleet from two vehicles to six vehicles in 2015.

As business owners, Plaintiffs are permitted to hire sub-contractors or other "helpers" to earn income as transportation providers using their vehicles, and it is Plaintiffs' businesses that are paid as a result, not the helpers. Luxe's goal is to have one driver assigned to each of its vehicles. The number of drivers on Luxe's active roster varied from week to week and has been as high as seventeen drivers at one time. From its inception through May 12, 2017, Luxe has had more than fifty drivers.

Luxe charged its drivers a weekly lease payment amount for the use of its vehicles and generates revenues from the weekly lease payments paid by drivers. In fact, these weekly lease payments are the primary source of revenue for Luxe.

Luxe's business model contemplates that it will lease the vehicles in its fleet to other drivers at a weekly lease amount that will exceed Luxe's expenses associated with maintaining the vehicles (*e.g.*, finance payments, insurance payments, repairs and maintenance, oil changes, etc.), and that this excess amount will represent Luxe's profit from the operation of its business enterprise. By acquiring more vehicles, it was Luxe's objective to generate more revenue by having more drivers pay more leases. In setting the lease amounts, Luxe took into account market conditions and seeks to cover expenses, attract drivers and make a profit.

In addition to owning and operating Luxe with his brother, Razak also leased a vehicle from Luxe. Of note, Razak did not sign up to use Uber's Driver App to connect with riders using UberBLACK until July 8, 2014, two years *after* Luxe was incorporated.

Luxe's drivers generate revenue by providing transportation services to riders identified from various lead generation sources, including—but not limited to—Uber's Driver App. For example, Luxe gave its drivers the opportunity to provide transportation services through a company known as Blacklane. When Luxe received transportation requests from Blacklane, Razak

or his brother accepted the Blacklane request on behalf of Luxe and then assigned rides to another driver on Luxe's active roster. By dispatching Luxe drivers to handle Blacklane trips, Razak and his brother generated additional revenue for Luxe's business. Razak himself even provided transportation services through Blacklane. More frequently, however, Razak's job with respect to Blacklane trip requests submitted to Luxe was that of dispatcher—assigning transportation requests to other drivers on Luxe's roster. After the trip was completed, Blacklane would pay Luxe, and Luxe would pay the driver. When Luxe's drivers provided transportation services to riders they connected with using Blacklane or to private clients generated from Luxe's own advertising, the revenue from those trips did not benefit Uber in any way.

In order to promote its business and generate its own leads outside of Blacklane or Uber's Driver App, Luxe advertised and developed an internet presence, including a website, a Facebook account, and a Twitter account. According to the Luxe website:

> Our limo service was established back in 2012 with a dream to become the best transportation option state-wide. We set out to achieve this by offering our clientele the most luxurious, reliable and safe rides around town.

Potential customers could submit a booking request using the Luxe website or by emailing Luxe directly. Luxe engaged an internet search engine optimization company to help Luxe improve its web presence and to help generate leads. Luxe maintained its website at its expense and incurred expenses associated with its internet presence and its advertising (*e.g.*, Yelp and Google).

When one of Luxe's drivers provides transportation services (whether using Uber's Driver App, Blacklane, or any other lead generation source), the revenue from those services is paid to Luxe. Luxe then pays its drivers (as independent contractors) from revenues generated from providing transportation services.

In addition to paying its drivers and payroll clerk, Luxe incurs expenses in operating its business and maintaining its fleet, including finance payments, insurance, oil changes and repairs, towing expenses, maintenance, car washes, and other professional fees. Luxe even incurred expenses sending Razak's brother to Buffalo, Orlando, Miami and Tampa in order to investigate opportunities for Luxe in expanding operations to those locations. In addition to Luxe incurring expenses, Razak also incurs expenses in pursuing his transportation business that he writes off on his personal taxes.

**2.      Sabani's Ownership And Operation Of Freemo Limo, LLC.**

Plaintiff Kenan Sabani began performing transportation services in Philadelphia with another limousine company, Barry Limo, LLC. Sabani entered into a partnership agreement with Barry Limo that entitled him to 50% ownership of a 2012 Chevrolet Suburban. Barry Limo delegated to Sabani the responsibility for repair and maintenance costs on that vehicle. In addition, Sabani paid payments to Barry Limo towards the purchase of the Chevrolet Suburban, and he now owns the vehicle outright.

In August 2015, Sabani formed his own limousine company—Freemo—to offer transportation services to the public. Sabani is the sole owner of Freemo. In addition to owning and operating Freemo, Sabani signed up to use Uber's Driver App to connect with riders using UberBLACK. Over the years, Sabani has received dispatches for private trips (including some from Barry Limo and some from King Limousine) and has also provided transportation services to riders identified using UberBLACK.

When he formed Freemo, Sabani intended to form a company that would own vehicles and lease them out to other drivers, thereby becoming a businessman who would make money by collecting lease payments from drivers. Sabani's goal was to run an independent business and

eventually cease driving to focus on business management to live what he calls "the American dream."

Sabani engaged up to four independent-contractor drivers (including himself and at times Plaintiff Khaldoun Cherdoud) to provide transportation services for Freemo. Sabani determines how much to pay Freemo's drivers. Freemo's drivers provide transportation services outside Uber's Driver App. Freemo also corresponded with private customers about pricing for airport and local rides. Uber placed no restrictions on Sabani's right to receive Freemo trip requests while simultaneously online on Uber's Driver App, and Sabani personally provided over 100 trips through his company (outside Uber's Driver App). In 2016, one of Freemo's drivers provided transportation services exclusively for Freemo's private trips, and did not provide any services for trip requests received through Uber's Driver App. Freemo was paid in cash or using the Square payment processing tool for trips its drivers performed outside Uber's Driver App.

Sabani created a website to advertise Freemo's business and to generate private trip requests. Freemo's website states that it is "a privately held, full service chauffeured transportation company." According to the website, Freemo's "fleet of vehicles [from "executive sedans to luxury SUV's"] and experienced chauffeurs [who "are required to attend a defensive driving course" and "are monitored by GPS vehicle tracking"] can handle all of your transportation needs, whether you're with a Fortune 500 company or a family looking for airport transportation." Freemo's website solicits customers to make reservations online, by email, or by calling a 24-hour service contact number. Freemo has also advertised on Yelp and has a Facebook profile to promote its business. In addition, Freemo has used "pay per click" on Google and distributed Freemo business cards at hotels. Sabani and Freemo have incurred business expenses associated with their

business activities, including vehicle maintenance (gas, tires, brakes, oil changes, car wash), advertising, tolls and parking, and office equipment.

### 3. Cherdoud's Ownership And Operation Of Milano Limo, Inc.

Milano is a "sole proprietorship" that is owned by Cherdoud that provides transportation services. In addition to owning and operating Milano, Cherdoud signed up to use Uber's Driver App to connect with riders using UberBLACK.

Cherdoud started providing black car services outside Uber's Driver App in 2016. At first, Cherdoud worked with Freemo (Sabani's company) to handle pre-arranged trips. Cherdoud invested to purchase a GMC Yukon XL that he used to complete trip requests, and he has paid that vehicle off in full. In addition, Cherdoud and Milano incurred unreimbursed business expenses in support of their business, including phone, tolls and PPA vehicle inspections.

Cherdoud found ways to promote his independent business, such as by parking near hotels and negotiating with the doormen to have them direct hotel guests to him (even doing this while online on Uber's Driver App). Cherdoud receives trip requests from the hotel doormen, and he uses a Square reader to charge the riders.

## III. DAMAGES.

Defendants do not claim any damages.

## IV. WITNESSES.

Defendants expect to call the following witnesses at trial:

| Witness | Subject | Contact Information |
|---------|---------|---------------------|
| Jordan Holtzman-Conston | The Uber Application; Defendants' agreements with Plaintiffs. | c/o Littler Mendelson, P.C., 1601 Cherry Street Suite 1400 Philadelphia, PA 19102 (267) 403-3000 |
| Brad Rosenthal | Uber's business, including the Rides Marketplace and the records produced in discovery. | c/o Littler Mendelson, P.C., 1601 Cherry Street Suite 1400 |

| | | |
|---|---|---|
| | | Philadelphia, PA 19102<br>(267) 403-3000 |
| Rachel Perl | Defendants' operations in Philadelphia, Pennsylvania. | c/o Littler Mendelson, P.C., 1601 Cherry Street Suite 1400 Philadelphia, PA 19102 (267) 403-3000 |
| Chad Dobbs | Uber's business, including the Rides Marketplace and Defendants' operations in Philadelphia, Pennsylvania. | c/o Littler Mendelson, P.C., 1601 Cherry Street Suite 1400 Philadelphia, PA 19102 (267) 403-3000 |
| Plaintiff Ali Razak | Plaintiff Razak's claims; his interaction with and use of the Uber Application; his business enterprises; his relationship with limousine, taxicab, and ride-sharing companies; his use of transportation lead generation platforms; experiences providing transportation services; agreements with Defendants; affiliations with organizations related to his provision of transportation services. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462<br><br>Lichten & Liss-Riordan, P.C. 729 Boylston St. Suite 2000 Boston, MA 02116 (617) 994-5800<br><br>Sacks Weston Diamond LLC 1845 Walnut Street Suite 1600 Philadelphia, PA 19103 (215) 925-8200 |
| Plaintiff Kenan Sabani | Plaintiff Sabani's claims; his interaction with and use of the Uber Application; his business enterprises; his relationship with limousine, taxicab, and ride-sharing companies; his use of transportation lead generation platforms; experiences providing transportation services; agreements with Defendants. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462<br><br>Lichten & Liss-Riordan, P.C. 729 Boylston St. Suite 2000 Boston, MA 02116 (617) 994-5800<br><br>Sacks Weston Diamond LLC 1845 Walnut Street Suite 1600 Philadelphia, PA 19103 (215) 925-8200 |

| Plaintiff Khaldoun Cherdoud | Plaintiff Cherdoud's claims; his interaction with and use of the Uber Application; his business enterprises; his relationship with limousine, taxicab, and ride-sharing companies; his use of transportation lead generation platforms; experiences providing transportation services; agreements with Defendants. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462 Lichten & Liss-Riordan, P.C. 729 Boylston St. Suite 2000 Boston, MA 02116 (617) 994-5800 Sacks Weston Diamond LLC 1845 Walnut Street Suite 1600 Philadelphia, PA 19103 (215) 925-8200 |
|---|---|---|
| Umer Razak | Plaintiff Razak's business enterprises; Plaintiff Razak's relationship with limousine, taxicab, and ride-sharing companies; Plaintiff Razak's use of transportation lead generation platforms; Plaintiff Razak's experiences providing transportation services. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462 Lichten & Liss-Riordan, P.C. 729 Boylston St. Suite 2000 Boston, MA 02116 (617) 994-5800 Sacks Weston Diamond LLC 1845 Walnut Street Suite 1600 Philadelphia, PA 19103 (215) 925-8200 |

| Luxe Limousine Services, Inc., Corporate Representative & Custodian of Records | During the period of January 6, 2013, through January 11, 2018, Luxe Limousine Services, Inc.'s (Luxe) business records; Luxe's services and operations; independent contractors who have provided services to Luxe; Luxe's employees; the nature and scope of the work or services provided by or for the benefit of Luxe by Plaintiffs; communications made by or to any Plaintiffs in the course of their work or services for Luxe; Luxe's revenue and profit; Luxe's marketing and advertising efforts. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462 |
| Freemo Limo, LLC, Corporate Representative & Custodian of Records | During the period of January 6, 2013, through January 11, 2018, Freemo Limo, LLC's (Freemo) business records; Freemo's services and operations; independent contractors who have provided services to Freemo; Freemo's employees; the nature and scope of the work or services provided by or for the benefit of Freemo by Plaintiffs; communications made by or to any Plaintiffs in the course of their work or services for Freemo; Freemo's revenue and profit; Freemo's marketing and advertising efforts. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462 |
| Milano Limo, LLC, Corporate Representative & Custodian of Records | During the period of January 6, 2013, through January 11, 2018, Milano Limo, LLC's (Milano) business records; Milano's services and operations; independent contractors who have provided services to Milano; Milano's employees; the nature and scope of the work or services provided by or for the benefit of Milano by Plaintiffs; communications made by or to any Plaintiffs in the course of their work or services for Milano; Milano's revenue and profit; Milano's marketing and advertising efforts. | c/o Pietragallo Gordon Alfano Bosick & Raspanti, LLP 1818 Market Street, Suite 3402, Philadelphia, PA 19103 (215) 988-1462 |

V.      SCHEDULE OF EXHIBITS.

| NO. | EXHIBIT | BEG BATES NO. | END BATES NO. |
|---|---|---|---|
| D-1[1] | UBER USA Technology Services Agreement (December 11, 2015) | UBER_RAZAK _00003740 | UBER_RAZAK_ 00003762 |
| D-2 | Zendesk Communication with A. Razak re: Uber Philadelphia Airport Issues (April 2, 2016) | UBER_RAZAK _00008124 | UBER_RAZAK_ 00008128 |
| D-3 | Email Exchange b/t A. Razak and Uber Partner Support re: Negative Feedback Notification (January 17, 2016) | RAZAK_UBER _PL0000177 | RAZAK_UBER_ PL0000179 |
| D-5 | Communication from Uber re: Airport and Train Station Pickups | UBER_RAZAK _00001608 | UBER_RAZAK_ 00001616 |
| D-6 | Communication from Uber re: events in Philadelphia | UBER_RAZAK _00000116 | UBER_RAZAK_ 00000118 |
| D-7 | A. Razak map of all rejected trip requests (7/16/2014-2/02/2017) | UBER_RAZAK _00010796 | UBER_RAZAK_ 00010796 |
| D-8 | A. Razak map of rejected trip requests near home (7/16/2014-2/02/2017) | UBER_RAZAK _00010795 | UBER_RAZAK_ 00010795 |
| D-9 | Taxicab and Limousine Regulations Overview | RAZAK_UBER _PL0001270 | RAZAK_UBER_ PL0001275 |
| D-10 | Philadelphia Parking Authority Limousine Driver Certification Handbook | RAZAK_UBER _PL0001238 | RAZAK_UBER_ PL0001259 |
| D-11 | Refugees are Welcome Here - Jan 29 Protest Refugee Deportations at PHL - pictures, email (includes RAZAK_UBER_PL0001448) | | |
| D-14 | Uber record of trip cancellations 03/22/17 and Candy Crush activity (includes RAZAK_UBER_PL0001417) | | |

---

[1] D-1 through D-129 are as marked on Plaintiffs' deposition exhibits.

| D-15 | PHL: Trip Charges Detail 2015-2017 for Freemo Limo | RAZAK_UBER _PL0000794 | RAZAK_UBER_ PL0000808 |
|---|---|---|---|
| D-18 | Zendesk ticket between K. Sabani and Uber Support re: airport queue (April 20, 2016) | UBER_RAZAK _00010718 | UBER_RAZAK_ 00010721 |
| D-20 | K. Sabani map of all rejected trip requests (12/15/2013-2/02/2017) | UBER_RAZAK _00010793 | UBER_RAZAK_ 00010793 |
| D-21 | K. Sabani map of rejected trip requests near home (12/15/2013-2/02/2017) | UBER_RAZAK _00010792 | UBER_RAZAK_ 00010792 |
| D-22 | Screenshots of Freemo Limo's website | | |
| D-23 | Screenshots of Yelp page describing Freemo Limo | | |
| D-24 | Partnership Agreement between K. Sabani and M. Albari | RAZAK_UBER _PL0000223 | RAZAK_UBER_ PL0000225 |
| D-25 | IRS Notification that Freemo Limo was assigned an employer identification number | | |
| D-26 | K. Sabani's January 28, 2017 trip record and social media post | | |
| D-28 | K. Sabani's online/offline time from 12/21/15 to 12/22/15 | | |
| D-29 | K. Sabani's online/offline time from 12/23/15 to 12/25/15 | | |
| D-32 | K. Cherdoud map of all rejected trip requests (12/31/2013-2/02/2017) | UBER_RAZAK _00010790 | UBER_RAZAK_ 00010790 |
| D-33 | K. Cherdoud map of rejected trip requests downtown (12/31/2013-2/02/2017) | UBER_RAZAK _00010789 | UBER_RAZAK_ 00010789 |
| D-34 | Zendesk ticket between K. Cherdoud and Uber support re: issues at Philadelphia International Airport (April 2, 2016) | UBER_RAZAK _00010635 | UBER_RAZAK_ 00010635 |
| D-35 | Milano Limo - Notice of Corporate Registration | | |

| D-39 | K. Cherdoud 02/11/16 trips w/attached phone records (including RAZAK_UBER_002771) | | |
|---|---|---|---|
| D-40 | K. Cherdoud 01/01/16 trips w/attached phone records (including RAZAK_UBER_002748) | | |
| D-41 | K. Cherdoud 01/22/16 trips w/attached phone records (including RAZAK_UBER_002761) | | |
| D-42 | K. Cherdoud 12/19/15 trips w/attached phone records (including RAZAK_UBER_002743) | | |
| D-43 | K. Cherdoud 02/20/16 trips w/attached phone records (including RAZAK_UBER_002775) | | |
| D-45 | List of Luxe Drivers | RAZAK_UBER _PL0006878 | RAZAK_UBER_ PL0006879 |
| D-46 | PA Dept of State Articles of Incorporation for Luxe Limousine Services, Inc. | RAZAK_UBER _PL0006858 | RAZAK_UBER_ PL0006859 |
| D-47 | PA Dept of State Bureau of Corporations document re: Luxe Limousine w/ attached Uber TSA (UBER_RAZAK_00003740-00003762) | RAZAK_UBER _PL0006860 | RAZAK_UBER_ PL0006860 |
| | | UBER_RAZAK _00003740 | UBER_RAZAK_ 00003762 |
| D-48 | Uber City Addendum – Philadelphia (July 2013) | UBER_RAZAK _00003691 | UBER_RAZAK_ 00003691 |
| D-49 | Luxe Limo 2015 Tax Returns | RAZAK_UBER _PL0007006 | RAZAK_UBER_ PL0007036 |
| D-50 | 2015 1099 from Luxe Limousine to A. Razak | RAZAK_UBER _PL0006856 | RAZAK_UBER_ PL0006856 |
| D-51 | Luxe Limo 2016 Tax Returns | RAZAK_UBER _PL0007037 | RAZAK_UBER_ PL0007056 |

| D-52 | 2016 1099 from Luxe Limousine to A. Razak | RAZAK_UBER_PL0006857 | RAZAK_UBER_PL0006857 |
|------|-------------------------------------------|----------------------|----------------------|
| D-53 | 2016 1099 forms from Luxe Limousine to various recipients | RAZAK_UBER_PL0007463 | RAZAK_UBER_PL0007494 |
| D-56 | Email between M. Rodriguez and A. Razak regarding a Blacklane trip | RAZAK_UBER_PL0007503 | RAZAK_UBER_PL0007504 |
| D-57 | Luxe Limousine Official Tariff | RAZAK_UBER_PL0007498 | RAZAK_UBER_PL0007501 |
| D-58 | PUC Data Request and Luxe Limo Reply | RAZAK_UBER_PL0007495 | RAZAK_UBER_PL0007497 |
| D-59 | Luxe Limousine Website Screenshots | RAZAK_UBER_PL0007432 | RAZAK_UBER_PL0007440 |
| D-60 | Luxe Limousine on Facebook | RAZAK_UBER_PL0007441 | RAZAK_UBER_PL0007452 |
| D-61 | Luxe Limousine on Twitter and Yelp | RAZAK_UBER_PL0007453 | RAZAK_UBER_PL0007462 |
| D-62 | Luxe Limousine Web Advertisement | | |
| D-63 | QRG Direct - Internet Marketing for Luxe Limousine (March and April 2017) | RAZAK_UBER_PL0007505 | RAZAK_UBER_PL0007526 |
| D-64 | QRG Direct - Internet Marketing for Luxe Limousine (April 2017) | RAZAK_UBER_PL0006861 | RAZAK_UBER_PL0006870 |
| D-65 | Google My Business screen shot for Luxe Limousine | RAZAK_UBER_PL0006871 | RAZAK_UBER_PL0006871 |
| D-66 | Email from Blacklane re: Blacklane Driver Registration (August 24, 2016) | RAZAK_UBER_PL0007502 | RAZAK_UBER_PL0007502 |
| D-67 | Email from AVI re Replacement of AVI Sticker (June 16, 2017) and Suspension Report | RAZAK_UBER_PL0007533 | RAZAK_UBER_PL0007534 |
| D-68 | Monthly Statements from Blacklane | RAZAK_UBER_PL0006930 | RAZAK_UBER_PL0006982 |

| D-70 | Uber Driver Addendum to TSA (December 11, 2015) | UBER_RAZAK _00003692 | UBER_RAZAK_ 00003698 |
|---|---|---|---|
| D-71[2] | Excerpts from A. Razak's 2015 Tax Returns with Redactions | RAZAK_UBER _PL0000184 | RAZAK_UBER_ PL0000187 |
| | | RAZAK_UBER _PL0000192 | RAZAK_UBER_ PL0000192 |
| | | RAZAK_UBER _PL0000207 | RAZAK_UBER_ PL0000210 |
| | | RAZAK_UBER _PL0000213 | RAZAK_UBER_ PL0000214 |
| D-72 | 2016 1099-MISC Corrected Form from Luxe to A. Razak | RAZAK_UBER _PL0006857 | RAZAK_UBER_ PL0006857 |
| D-73[3] | Excerpts from A. Razak's 2016 Tax Returns with Redactions | RAZAK_UBER _PL0007107 | RAZAK_UBER_ PL0007107 |
| | | RAZAK_UBER _PL0007111 | RAZAK_UBER_ PL0007114 |
| | | RAZAK_UBER _PL0007131 | RAZAK_UBER_ PL0007131 |
| | | RAZAK_UBER _PL0007148 | RAZAK_UBER_ PL0007151 |
| | | RAZAK_UBER _PL0007155 | RAZAK_UBER_ PL0007155 |
| D-77 | Razak eBanking Statement from April 17, 2015 to May 14, 2015 | RAZAK UBER_PL00068 34 | RAZAK UBER_PL000684 1 |
| D-79 | Philadelphia Limousine Association Home Facebook Page | | |

[2] D-71 as marked in depositions included RAZAK_UBER_PL0000184 through RAZAK_UBER_PL0000214 and RAZAK_UBER_PL0007106.
[3] D-73 as marked in depositions included RAZAK_UBER_PL0007107 through RAZAK_UBER_PL0007155

| D-81 | PA Corporation Bureau Certificate of Organization Freemo Limo Inc | RAZAK UBER_PL0006956 | RAZAK UBER_PL0006957 |
|------|------|------|------|
| D-82 | Public Utility Commission Application - Freemo Limo | RAZAK UBER_PL0006958 | RAZAK UBER_PL0006958 |
| D-83 | Freemo Limo LLC – 2016 Form 1099-MISC issued to Akram Anissi, Atip Sabani, and Milano Limo Inc. | RAZAK UBER_PL0007403 | RAZAK UBER_PL0007406 |
| D-84 | Yelp Freemo Limo | RAZAK UBER_PL0007412 | RAZAK UBER_PL0007414 |
| D-85 | Freemo Limo on Facebook | RAZAK UBER_PL0007415 | RAZAK UBER_PL0007422 |
| D-86 | Email with K. Sabani re: Broad St Run May 1st (March 17, 2016) | RAZAK UBER_PL0007541 | RAZAK UBER_PL0007542 |
| D-87 | Emails with K. Sabani re: negotiations for lower fares (May 13, 2016) | RAZAK UBER_PL0007543 | RAZAK UBER_PL0007545 |
| D-89 | Freemo Limo Sales Report August 10, 2015 to May 10, 2017 | RAZAK UBER_PL0006960 | RAZAK UBER_PL0006960 |
| D-90[4] | Excerpts from K. Sabani's 2014 Tax Returns with Redactions | RAZAK_UBER_PL0000833 | RAZAK_UBER_PL0000837 |
| | | RAZAK_UBER_PL0000845 | RAZAK_UBER_PL0000848 |
| | | RAZAK_UBER_PL0000850 | RAZAK_UBER_PL0000850 |

---

[4] D-90 as marked in depositions included RAZAK_UBER_PL0000833 through RAZAK_UBER_PL0000854.

| | | RAZAK_UBER _PL0000852 | RAZAK_UBER_ PL0000852 |
|---|---|---|---|
| | | RAZAK_UBER _PL0000854 | RAZAK_UBER_ PL0000854 |
| D-91[5] | Excerpts from K. Sabani's 2015 Tax Returns with Redactions | RAZAK_UBER _PL0007156 | RAZAK_UBER_ PL0007156 |
| | | RAZAK_UBER _PL0007160 | RAZAK_UBER_ PL0007164 |
| | | RAZAK_UBER _PL0007179 | RAZAK_UBER_ PL0007182 |
| D-92[6] | Excerpts from K. Sabani's 2016 Tax Returns with Redactions | RAZAK_UBER _PL0007185 | RAZAK_UBER_ PL0007185 |
| | | RAZAK_UBER _PL0007189 | RAZAK_UBER_ PL0007196 |
| | | RAZAK_UBER _PL0007213 | RAZAK_UBER_ PL0007216 |
| D-93 | Internet article w/ A. Razak and K. Sabani (December 14, 2015) | | |
| D-95 | Certificate of Title for a Vehicle - M. Albari | RAZAK_UBER _PL0000221 | RAZAK_UBER_ PL0000221 |
| D-98 | Emails with K. Sabani re: trips for King Limousine | RAZAK_UBER _PL0007535 | RAZAK_UBER_ PL0007536 |
| D-99 | Emails with K. Sabani re: trips for Barry Limousine | RAZAK_UBER _PL0007537 | RAZAK_UBER_ PL0007540 |
| D-104 | K. Sabani's Linkedin account | | |
| D-106 | PA Corporation Bureau Articles of Incorporation for Milano Limo | RAZAK_UBER _PL0006972 | RAZAK_UBER_ PL0006973 |

[5] D-91 as marked in depositions included RAZAK_UBER_PL0007156 through RAZAK_UBER_PL0007184.
[6] D-92 as marked in depositions included RAZAK_UBER_PL0007185 through RAZAK_UBER_PL0007218.

| D-107 | Milano Limo 2014 Tax Returns | RAZAK_UBER _PL0001312 | RAZAK_UBER_ PL0001337 |
|---|---|---|---|
| D-108 | Milano Limo 2015 Tax Returns | RAZAK_UBER _PL0001340 | RAZAK_UBER_ PL0001366 |
| | | RAZAK_UBER _PL0007247 | RAZAK_UBER_ PL0007275 |
| D-109 | Milano Limo 2016 Tax Returns | RAZAK_UBER _PL0007276 | RAZAK_UBER_ PL0007298 |
| D-121 | Car Payment Deductions for K. Cherdoud | RAZAK_UBER _PL0001385 | RAZAK_UBER_ PL0001385 |
| D-122[7] | Excerpts from K. Cherdoud's 2013 Tax Returns with Redactions | RAZAK_UBER _PL0007299 | RAZAK_UBER_ PL0007299 |
| | | RAZAK_UBER _PL0007303 | RAZAK_UBER_ PL0007307 |
| | | RAZAK_UBER _PL0007316 | RAZAK_UBER_ PL0007319 |
| D-123[8] | Excerpts from Cherdoud's 2014 Tax Returns with Redactions | RAZAK_UBER _PL0007320 | RAZAK_UBER_ PL0007320 |
| | | RAZAK_UBER _PL0007324 | RAZAK_UBER_ PL0007325 |
| | | RAZAK_UBER _PL0007339 | RAZAK_UBER_ PL0007340 |
| | | RAZAK_UBER _PL0007342 | RAZAK_UBER_ PL0007343 |
| D-124[9] | Excerpts from Cherdoud's 2015 Tax Returns with Redactions | RAZAK_UBER _PL0001367 | RAZAK_UBER_ PL0001371 |

[7] D-122 as marked in depositions was RAZAK_UBER_PL0007299 - RAZAK_UBER_PL0007319.
[8] D-123 as marked in depositions was RAZAK_UBER_PL0007320 - RAZAK_UBER_PL0007343.
[9] D-124 as marked in depositions was RAZAK_UBER_PL0001368 - RAZAK_UBER_PL0001384.

| | | RAZAK_UBER_PL0001381 | RAZAK_UBER_PL0001382 |
|---|---|---|---|
| D-125[10] | Excerpts from Cherdoud's 2016 Tax Returns with Redactions | RAZAK_UBER_PL0007369 | RAZAK_UBER_PL0007372 |
| | | RAZAK_UBER_PL0007385 | RAZAK_UBER_PL0007387 |
| | | RAZAK_UBER_PL0007394 | RAZAK_UBER_PL0007398 |
| | | RAZAK_UBER_PL0007401 | RAZAK_UBER_PL0007402 |
| D-126 | Buyers Order for Car for K. Cherdoud | RAZAK_UBER_PL0000873 | RAZAK_UBER_PL0000873 |
| D-129 | PPA Taxicab and Limousine Division Driver Certification Exam Letter (December 20, 2013) | RAZAK_UBER_PL0000915 | RAZAK_UBER_PL0000915 |
| ███████ | | | |
| D-131 | Owner/Operator Agreement between Owner and Gegen, LCC (March 2013) | UBER_RAZAK_0010879 | UBER_RAZAK_0010895 |
| D-132 | Driver Addendum Related to Uber Services (December 2013) | UBER_RAZAK_00007833 | UBER_RAZAK_00007835 |
| D-133 | Software License and Online Services Agreement (December 2013) | UBER_RAZAK_00007836 | UBER_RAZAK_00007846 |
| D-134 | Notice Regarding Dispute Resolution (June 20, 2014) | UBER_RAZAK_00007034 | UBER_RAZAK_00007052 |
| D-135 | Driver Addendum Related to Uber Services (June 20, 2014) | UBER_RAZAK_00007829 | UBER_RAZAK_00007832 |
| D-136 | Software License and Online Services Agreement (June 21, 2014) | UBER_RAZAK_00001157 | UBER_RAZAK_00001173 |
| D-137 | Driver Addendum Related to Uber Services (June 21, 2014) | UBER_RAZAK_00003736 | UBER_RAZAK_00003739 |
| D-138 | Software License and Online Services Agreement (November 10, 2014) | UBER_RAZAK_00003665 | UBER_RAZAK_00003684 |

---

[10] D-125 as marked in depositions was RAZAK_UBER_PL0007369 - RAZAK_UBER_PL0007402.

| D-139 | Driver Addendum to Software License and Online Services Agreement (November 10, 2014) | UBER_RAZAK_00007823 | UBER_RAZAK_00007828 |
| D-140 | Software License and Online Services Agreement (April 3, 2015) | UBER_RAZAK_00003716 | UBER_RAZ139AK_00003735 |
| D-142 | Accessibility Compliance Notification | UBER_RAZAK_00003280 | UBER_RAZAK_00003282 |
| D-143 | Exact Target Communication re: Traveling this weekend | UBER_RAZAK_00000126 | UBER_RAZAK_00000132 |
| D-144 | Exact Target Communication re: airport zone | UBER_RAZAK_00000178 | UBER_RAZAK_00000189 |
| D-145 | Exact Target Communication re: earn more on weekdays | UBER_RAZAK_00000246 | UBER_RAZAK_00000249 |
| D-146 | Exact Target Communication re: demand | UBER_RAZAK_00000526 | UBER_RAZAK_00000530 |
| D-147 | Exact Target Communication re: How does Uber fit | UBER_RAZAK_00000938 | UBER_RAZAK_00000949 |
| D-148 | Mailchimp - Train Station Update | UBER_RAZAK_00001553 | UBER_RAZAK_00001559 |
| D-149 | A. Razak Trip History (UberBlack): Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from July 16, 2014 through December 13, 2016 | UBER_RAZAK_00002072* | UBER_RAZAK_00002072 |
| D-150 | A. Razak Trip History (UberBlack): Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from July 16, 2014 through February 7, 2017 | UBER_RAZAK_00008305* | UBER_RAZAK_00008305 |
| D-151 | A. Razak Trip History (UberP2P): Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from May 1, 2015 through May 31, 2015 | UBER_RAZAK_00008306* | UBER_RAZAK_00008306 |
| D-152 | A. Razak Trip History (combined): Excel spreadsheet with start and end time of trip, trip status, driver fare, driver rating, client feedback from July 16, 2014 through April 7, 2017 | UBER_RAZAK_0010798* | UBER_RAZAK_0010798 |
| D-153 | A. Razak Trip History (UberBlack): Excel spreadsheet with online/offline times from February 7, 2017 through June 29, 2017 | UBER_RAZAK_0013474* | UBER_RAZAK_0013474 |
| D-154 | A. Razak Trip History (UberBlack): Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from February 7, 2017 | UBER_RAZAK_0013475* | UBER_RAZAK_0013475 |

| | through June 30, 2017 | | |
|---|---|---|---|
| D-155 | A. Razak Trip History: Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare from July 1, 2017 through January 6, 2018 | UBER_RAZAK _0014423* | UBER_RAZAK_ 0014423 |
| D-156 | A. Razak Trip History: Excel spreadsheet with offer time, start and end time of trip, trip status, driver fare from June 30, 2017 through January 6, 2018 | UBER_RAZAK _0014424* | UBER_RAZAK_ 0014424 |
| D-157 | A. Razak Trip History: Excel spreadsheet with app status change from July 1, 2017 through January 6, 2018 | UBER_RAZAK _0014427* | UBER_RAZAK_ 0014427 |
| D-158 | A. Razak Trip History: Excel spreadsheet with online/offline times from July 1, 2017 through January 6, 2018 | UBER_RAZAK _0014428* | UBER_RAZAK_ 0014428 |
| D-159 | A. Razak Trip History: Excel spreadsheet with online/offline times from July 16, 2014 through December 2, 2016 (Profile 1) | UBER_RAZAK _00005864* | UBER_RAZAK_ 00005864 |
| D-160 | A. Razak Trip History: Excel spreadsheet with online/offline times from May 1, 2015 through July 4, 2015 (Profile 2) | UBER_RAZAK _00005870* | UBER_RAZAK_ 00005870 |
| D-161 | A. Razak Trip History: Excel spreadsheet with request time, start and end time of trip, trip status, driver fare, client rating and feedback from May 1, 2015 through May 31, 2015 (P2P) | UBER_RAZAK _00005871* | UBER_RAZAK_ 00005871 |
| D-162 | A. Razak record of Uber agreements | UBER_RAZAK _0014417 | UBER_RAZAK_ 0014417 |
| D-163 | A. Razak record of Uber agreements (part 2) | UBER_RAZAK _0014429 | UBER_RAZAK_ 0014429 |
| D-164 | Excerpts from A. Razak's 2017 Tax Return with Redactions | RAZAK_UBER PL0007601 | RAZAK_UBER PL0007604 |
| | | RAZAK_UBER PL0007617 | RAZAK_UBER PL0007617 |
| | | RAZAK_UBER PL0007624 | RAZAK_UBER PL0007627 |
| | | RAZAK_UBER PL0007630 | RAZAK_UBER PL0007630 |
| | | RAZAK_UBER PL0007632 | RAZAK_UBER PL0007632 |
| D-165 | Luxe Limo 2017 Tax Returns | RAZAK_UBER PL0007642 | RAZAK_UBER_ PL0007664 |
| D-167 | A. Razak - Zendesk ride cancellation | UBER_RAZAK 00008073 | UBER_RAZAK_ 00008074 |
| D-168 | Correspondence between A. Razak and Uber re: cleaning fee (May 29, 2016) | UBER_RAZAK 00008270 | UBER_RAZAK_ 00008271 |

| D-169 | Correspondence between A. Razak and Uber re: fair adjustment (October 18, 2016) | UBER_RAZAK 00008302 | UBER_RAZAK_ 00008302 |
|---|---|---|---|
| D-170 | Zendesk Communication with A. Razak re: Negative Feedback Notification | UBER_RAZAK 00008089 | UBER_RAZAK_ 00008092 |
| D-171 | Zendesk Communication with A. Razak re: Account Follow-up | UBER_RAZAK 00008161 | UBER_RAZAK_ 00008163 |
| D-172 | Zendesk Communication with A. Razak re: Citation | UBER_RAZAK 00008196 | UBER_RAZAK_ 00008198 |
| D-173 | A. Razak email to Uber re: removing UberX account | RAZAK_UBER PL0000149 | RAZAK_UBER_ PL0000149 |
| D-174 | Email from Uber to A. Razak re: UberBlack updates (August 18, 2015) | RAZAK_UBER PL0000156 | RAZAK_UBER_ PL0000160 |
| D-175 | Email exchange between Uber and kouibaa3@netzero.net ("Jamal") re: account issue | RAZAK_UBER _PL0006884 | RAZAK_UBER_ PL0006885 |
| D-176 | Email exchange between Uber and kouibaa3@netzero.net ("Jamal") re: reports of inappropriate behavior | RAZAK_UBER _PL0006886 | RAZAK_UBER_ PL0006888 |
| D-177 | Email exchange between Uber and kouibaa3@netzero.net ("Jamal") re: fare adjustment | RAZAK_UBER _PL0006889 | RAZAK_UBER_ PL0006893 |
| D-178 | Monthly Statements from Blacklane | RAZAK_UBER PL0006909 | RAZAK_UBER PL0006929 |
| | | RAZAK_UBER PL0006893 | RAZAK_UBER PL0007005 |
| | | RAZAK_UBER PL0006880 | RAZAK_UBER PL0006893 |
| | | RAZAK_UBER PL0006928 | RAZAK_UBER_ PL0006931 |
| | | RAZAK_UBER _PL0006934 | RAZAK_UBER_ PL0006952 |
| D-179 | Email from Blacklane re: Tour assignment – 19 Aug 2017 | RAZAK_UBER PL0007527 | RAZAK_UBER_ PL0007528 |
| D-180 | Email from Blacklane re: Tour assignment – 31 May 2017 | RAZAK_UBER PL0007530 | RAZAK_UBER_ PL0007531 |
| D-182 | Website information for Luxe Limo | RAZAK_UBER PL0006872 | RAZAK_UBER_ PL0006877 |
| D-183 | K. Sabani Trip History: Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback for from December 15, 2013 through December 12, 2016 | UBER_RAZAK _00002071* | UBER_RAZAK_ 00002071 |
| D-185 | K. Sabani Online Offline Status Report (UberP2P) from January 16, 2017 through January 24, 2017 | UBER_RAZAK _00008533* | UBER_RAZAK_ 00008533 |

| D-186 | K. Sabani Trip History: Excel spreadsheet (UberBlack account) with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from December 15, 2013 through February 3, 2017 | UBER_RAZAK _00010180* | UBER_RAZAK_ 00010180 |
|---|---|---|---|
| D-187 | K. Sabani Trip History: Excel spreadsheet (UberP2P account) with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from January 16, 2017 through January 24, 2017 | UBER_RAZAK _00010181* | UBER_RAZAK_ 00010181 |
| D-184 | K. Sabani Online Offline Status Report from December 13, 2013 through December 2, 2016 | UBER_RAZAK _0010787* | UBER_RAZAK_ 0010787 |
| D-190 | K. Sabani Trip History: Excel spreadsheet start and end time of trip, trip status, driver fare, driver rating, client feedback from December 13, 2013 through April 6, 2017 | UBER_RAZAK _0010799* | UBER_RAZAK_ 0010799 |
| D-188 | K. Sabani Trip History: Excel spreadsheet (UberP2P account) with online/offline status from January 24, 2017 through April 22, 2017 | UBER_RAZAK _0013478* | UBER_RAZAK_ 0013478 |
| D-189 | K. Sabani Trip History: Excel spreadsheet (UberP2P account) with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from January 16, 2017 through March 23, 2017 | UBER RAZAK _0013490* | UBER_RAZAK_ 0013490 |
| D-191 | K. Sabani Trip History (UberBlack account): Excel spreadsheet online/offline time from February 3, 2017 through June 27, 2017 | UBER_RAZAK _0013836* | UBER_RAZAK_ 0013836 |
| D-192 | K. Sabani Trip History (UberBlack account): Excel spreadsheet start and end time of trip, trip status, driver fare, driver rating, client feedback from February 3, 2017 through June 30, 2017 | UBER_RAZAK _0014381* | UBER_RAZAK_ 0014381 |
| D-193 | K. Sabani Trip History: Excel spreadsheet of request time, start and end time of trip, trip status, driver fare from July 1, 2017 through January 11, 2018 | UBER_RAZAK _0014387* | UBER_RAZAK_ 0014387 |
| D-194 | K. Sabani Trip History: Excel spreadsheet of time of offer, start and end time of trip, trip status from July 1, 2017 through January 11, 2018 | UBER_RAZAK _0014393* | UBER_RAZAK_ 0014393 |
| D-195 | K. Sabani Trip History: Excel spreadsheet of time online/offline times from July 1, 2017 through January 11, 2018 | UBER_RAZAK _0014394* | UBER_RAZAK_ 0014394 |

| D-197 | K. Sabani Trip History: Excel spreadsheet with online/offline status from July 24, 2017 through January 11, 2018 | UBER_RAZAK_0014398* | UBER_RAZAK_0014398 |
|---|---|---|---|
| D-196 | K. Sabani Trip History: Excel spreadsheet of status changes from June 30, 2017 through January 11, 2018 | UBER_RAZAK_0014399* | UBER_RAZAK_0014399 |
| D-198 | K. Sabani Trip History: Excel spreadsheet with time of offer, start and end time of trip, trip status from July 24, 2017 through January 10, 2018 | UBER_RAZAK_0014402* | UBER_RAZAK_0014402 |
| D-199 | K. Sabani Trip History: Excel spreadsheet with time of offer, start and end time of trip, trip status from July 1, 2017 through January 12, 2018 | UBER_RAZAK_0014419* | UBER_RAZAK_0014419 |
| D-200 | K. Sabani map of all rejected trip requests at airport (12/15/2013-2/02/2017) | UBER_RAZAK_0010794 | UBER_RAZAK_0010794 |
| D-201 | K. Sabani record of Uber agreements | UBER_RAZAK_0014396 | UBER_RAZAK_0014396 |
| D-202 | K. Sabani's 2017 Tax Returns | RAZAK_UBER_PL0007633 | RAZAK_UBER_PL0007641 |
| D-209 | Receipt of car sale to K. Sabani | RAZAK_UBER_PL0000222 | RAZAK_UBER_PL0000222 |
| D-210 | K. Sabani Expense Receipts | RAZAK_UBER_PL0000478 | RAZAK_UBER_PL0000480 |
|  |  | RAZAK_UBER_PL0000482 | RAZAK_UBER_PL0000485 |
|  |  | RAZAK_UBER_PL0000487 | RAZAK_UBER_PL0000497 |
|  |  | RAZAK_UBER_PL0000500 | RAZAK_UBER_PL0000501 |
|  |  | RAZAK_UBER_PL0000503 | RAZAK_UBER_PL0000503 |
|  |  | RAZAK_UBER_PL0000505 | RAZAK_UBER_PL0000505 |
| D-211 | Email from Uber to K. Sabani re: maximizing earnings 4/24-4/27 | RAZAK_UBER_PL0003953 | RAZAK_UBER_PL0003955 |
| D-212 | Email from Uber to K. Sabani re: maximizing earnings 4/21-4/23 | RAZAK_UBER_PL0003961 | RAZAK_UBER_PL0003963 |
| D-213 | Email from Uber to K. Sabani re: maximizing earnings 4/17-4/20 | RAZAK_UBER_PL0003964 | RAZAK_UBER_PL0003966 |
| D-214 | Email from Uber to K. Sabani re: maximizing earnings 4/3-4/9 | RAZAK_UBER_PL0003979 | RAZAK_UBER_PL0003981 |
| D-215 | Email from Uber to K. Sabani re: weekly summary May 2, 2016 – May 9, 2016 | RAZAK_UBER_PL0004118 | RAZAK_UBER_PL0004120 |

| D-216 | Email from Uber to K. Sabani re: weekly summary April 18, 2016 – April 25, 2016 | RAZAK_UBER_PL0004136 | RAZAK_UBER_PL0004138 |
|---|---|---|---|
| D-217 | Email from Uber to K. Sabani re: Philly Weekend Update | RAZAK_UBER_PL0004297 | RAZAK_UBER_PL0004299 |
| D-218 | Email from Uber to K. Sabani re: Increase Earnings on Biggest Night to Drive | RAZAK_UBER_PL0004325 | RAZAK_UBER_PL0004327 |
| D-219 | Email from Uber to K. Sabani re: New Feature to Maximize Earnings | RAZAK_UBER_PL0004328 | RAZAK_UBER_PL0004329 |
| D-220 | Email from Uber to K. Sabani re: busiest places to drive on New Year's Eve | RAZAK_UBER_PL0004337 | RAZAK_UBER_PL0004338 |
| D-221 | Email from Uber to K. Sabani re: Philly Weekend Update | RAZAK_UBER_PL0004376 | RAZAK_UBER_PL0004381 |
| D-222 | Email exchange between Uber and K. Sabani re: trip and airport system (April 22, 2016) | RAZAK_UBER_PL0004909 | RAZAK_UBER_PL0004912 |
| D-223 | Email from Uber to K. Sabani re: weekly driver summary | RAZAK_UBER_PL0005186 | RAZAK_UBER_PL0005189 |
| D-224 | Email exchange between Uber and K. Sabani re: ratings and rider altercation | RAZAK_UBER_PL0005211 | RAZAK_UBER_PL0005213 |
| D-225 | Email exchange between Uber and K. Sabani re: report of rider | RAZAK_UBER_PL0005316 | RAZAK_UBER_PL0005317 |
| D-226 | Email from Uber to K. Sabani re: updates to airport | RAZAK_UBER_PL0005595 | RAZAK_UBER_PL0005599 |
| D-227 | Zendesk ticket between K. Sabani and Uber support re PPA sticker cost (August 26, 2016) | UBER_RAZAK_0010669 | UBER_RAZAK_0010670 |
| D-228 | Zendesk ticket between Sabani and Uber Support re: driver rating (April 8, 2016) | UBER_RAZAK_0010722 | UBER_RAZAK_0010740 |
| D-229 | K. Sabani - Zendesk ride cancellation | UBER_RAZAK_00008313 | UBER_RAZAK_00008313 |
| D-230 | Freemo Limo, LLC website printouts | RAZAK_UBER_PL0007423 | RAZAK_UBER_PL00074231 |
| D-231 | K. Cherdoud Trip History: Excel spreadsheet with start and end time of trip, trip status, driver fare, driver rating, client feedback from December 30, 2013 through April 7, 2017 | UBER_RAZAK_0010797* | UBER_RAZAK_0010797 |
| D-232 | K. Cherdoud Trip History: Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback from December 31, 2013 through February 7, 2017 | UBER_RAZAK_00008034* | UBER_RAZAK_00008034 |
| D-233 | K. Cherdoud Trip History (UberBlack Account): Excel spreadsheet with time of request, start and end time of trip, trip status, driver fare, driver rating, client feedback | UBER_RAZAK_0013835* | UBER_RAZAK_0013835 |

| | | | |
|---|---|---|---|
| | from February 6, 2017 through June 28, 2017 | | |
| D-234 | K. Sabani Trip History: Excel spreadsheet with app status changes from July 6, 2017 through January 11, 2018 | UBER_RAZAK _0014397* | UBER_RAZAK_ 0014397 |
| D-236 | K. Cherdoud Trip History: Excel spreadsheet with time online and offline from February 6, 2017 through January 11, 2018 | UBER_RAZAK _0014416* | UBER_RAZAK_ 0014416 |
| D-235 | K. Cherdoud Trip History: Excel spreadsheet with time of request, start and end time of trip, trip status, and fare from July 1, 2017 through January 12, 2018 | UBER_RAZAK _0014421* | UBER_RAZAK_ 0014421 |
| D-237 | K. Cherdoud map of rejected trip requests at airport (12/31/2013-2/02/2017) | UBER_RAZAK 0010788 | UBER_RAZAK_ 0010788 |
| D-238 | K. Cherdoud map of rejected trip requests near home (12/31/2013-2/02/2017) | UBER_RAZAK 0010791 | UBER_RAZAK_ 0010791 |
| D-239 | K. Sabani record of Uber agreements (part 2) | UBER_RAZAK 0014390 | UBER_RAZAK_ 0014390 |
| D-240 | K. Cherboud record of Uber agreements | UBER_RAZAK 0014415 | UBER_RAZAK_ 0014415 |
| D-241 | K. Cherdoud Signature Page on Operator Agreement (June 18, 2014) | UBER_RAZAK 00001156 | UBER_RAZAK_ 00001156 |
| D-242 | Excerpts from K. Cherboud's 2017 Tax Return with Redactions | RAZAK_UBER PL0007557 | RAZAK_UBER_ PL0007560 |
| | | RAZAK_UBER PL0007575 | RAZAK_UBER_ PL0007578 |
| | | RAZAK_UBER PL0007582 | RAZAK_UBER_ PL0007583 |
| D-243 | 2017 Milano Limo Tax Returns | RAZAK_UBER PL 0007584 | RAZAK_UBER_ PL 0007594 |
| D-244 | Milano Limo Inc. – 2016 Form 1099-MISC issued to K. Cherdoud | RAZAK_UBER PL0006970 | RAZAK_UBER_ PL0006971 |
| D-247 | Milano Limo – IRS letter re: EIN | RAZAK_UBER PL0001310 | RAZAK_UBER_ PL0001311 |
| D-248 | K. Cherdoud Lease Agreement – December 30, 2013 | UBER_RAZAK 00001174 | UBER_RAZAK_ 00001174 |
| D-249 | ZenDesk Ticket for K. Cherdoud re: surcharge | UBER_RAZAK 00007883 | UBER_RAZAK_ 00007883 |
| D-250 | ZenDesk Ticket for K. Cherdoud re: cancellation | UBER_RAZAK 00007893 | UBER_RAZAK_ 00007893 |
| D-251 | K. Cherdoud – Zendesk ride cancellation | UBER_RAZAK 00007903 | UBER_RAZAK_ 00007903 |
| D-252 | Uber Community Guidelines | UBER_RAZAK 0010186 | UBER_RAZAK_ 0010234 |
| D-253 | Driver Deactivation Policy – US Only | UBER_RAZAK 0010235 | UBER_RAZAK_ 0010258 |

| D-254 | A. Razak – Candy Crush Activity | RAZAK_UBER_PL0001416 | RAZAK_UBER_PL0001721 |
| D-255 | Driver Deactivation Policy – US Only (July 26, 2016) | UBER_RAZAK_0015962 | UBER_RAZAK_0015966 |

## VI.   DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBITS AND WITNESSES

On January 29, 2024, Defendants conferred with Plaintiffs regarding objections they had to Plaintiffs' exhibits on the basis of authenticity and admissibility and witnesses on the basis of admissibility. The parties were unable to resolve the objections to Plaintiffs' exhibits and witnesses outlined herein.

### A.   Objections to Plaintiffs' Witnesses

Defendants object to Plaintiffs' identification of "[o]ther UberBLACK drivers who worked in the Philadelphia market between 2013 and 2018 and who were deactivated or suspended" on the basis that this identification fails to comply with the Court's order and is outside the limited scope of the limited issues at trial. *See* Defendants' forthcoming Motion *In Limine* Regarding Scope of the Case.

### B.   Objections to Plaintiffs' Exhibits

| Exhibit No. | Document Description | Bates No. or Dkt. No. | Agree Authentic? | Agree Admissible? | Basis of Objection |
|---|---|---|---|---|---|
| 1 | Gegen Owner/Operator Agreement, March 2013 | UBER_RAZAK_00001174 | Y | Y | |
| 2 | Uber City Addendum – Philadelphia, July 2013 | UBER_RAZAK_00002050 | Y | Y | |
| 3 | Gegen Annual Vehicle Lease Agreement, Khaldoun | UBER_RAZAK_00010879-10895 | Y | Y | |

| | | | | | |
|---|---|---|---|---|---|
| | Cherdoud, December 30, 2013 | | | | |
| 4 | Uber Software License and Online Services Agreement, December 2013 | UBER_RAZAK_0000 7836-7846 | **Y** | **Y** | |
| 5 | Driver Addendum Related to Uber Services, December 2013 | UBER_RAZAK_0000 7833-7835 | **Y** | **Y** | |
| 6 | Important Notice Regarding Dispute Resolution with Uber, June 20, 2014 | UBER_RAZAK_0000 7034-7052 | **Y** | **Y** | |
| 7 | Driver Addendum Related to Uber Services, June 20, 2014 | UBER_RAZAK_0000 7829-7832 | **Y** | **Y** | |
| 8 | Uber Software License and Online Services Agreement, June 21, 2014 | UBER_RAZAK_0000 1157-1173 | **Y** | **Y** | |
| 9 | Driver Addendum Related to Uber Services, June 21, 2014 | UBER_RAZAK_0000 3736-3739 | **Y** | **Y** | |
| 10 | Uber Addendum for "Bring Your Own Device" Program, Livery Version, August 26, 2014 | UBER_RAZAK_0000 2048-2049 | **Y** | **Y** | |
| 11 | Rasier Software License and Online Services Agreement, November 10, 2014 | UBER_RAZAK_0000 3646-3664 | **Y** | **Y** | |

| 12 | Uber Logistik, LLC Software License and Online Services Agreement, November 10, 2014 | UBER_RAZAK_0000 3665-3684 | **Y** | **Y** | |
| 13 | Uber Driver Addendum to Software License and Online Services Agreement, November 10, 2014 | UBER_RAZAK_0000 3685-3690 | **Y** | **Y** | |
| 14 | Uber USA, LLC Software License and Online Services Agreement, April 3, 2015 | UBER_RAZAK_0000 3716-3735 | **Y** | **Y** | |
| 15 | P2P Services Only – City Addendum – Pennsylvania and New Jersey, July 1, 2015 | UBER_RAZAK_0000 5865-5866 | **Y** | **Y** | |
| 16 | Uber Technology Services Agreement, December 11, 2015 | UBER_RAZAK_0000 3740-3762 | **Y** | **Y** | |
| 17 | Uber Driver Addendum to Technology Services Agreement, December 11, 2015 | UBER_RAZAK_0000 3692-3698 | **Y** | **Y** | |
| 18 | P2P Services Only – Service Fee Addendum – Philadelphia, PA, May 26, 2016 | UBER_RAZAK_0000 8537-8538 | **Y** | **Y** | |
| 19 | P2P Services Only – City Addendum – Pennsylvania | UBER_RAZAK_0000 5867-5869 | **Y** | **Y** | |

| | | | | | |
|---|---|---|---|---|---|
| | and New Jersey, October 26, 2016 | | | | |
| 20 | Razak Record of Uber Agreements Part 1 | UBER_RAZAK_0014 417 | **Y** | **Y** | |
| 21 | Razak Record of Uber Agreements Part 2 | UBER_RAZAK_0014 429 | **Y** | **Y** | |
| 22 | Sabani Record of Uber Agreements | UBER_RAZAK_0014 396 | **Y** | **Y** | |
| 23 | Cherdoud Record of Uber Agreements Part 1 | UBER_RAZAK_0014 390 | **Y** | **Y** | Misidentified. This is a Sabani record. |
| 24 | Cherdoud Record of Uber Agreements Part 2 | UBER_RAZAK_0014 415 | **Y** | **Y** | |
| 25 | Cherdoud Signature Page on Operator Agreement (June 18, 2014) | UBER_RAZAK_0000 1156 | **Y** | **Y** | |
| 26 | Code of Conduct, 2016 | UBER_RAZAK_0015 913-15918 | **Y** | **Y** | |
| 27 | Legal Policy, 2016 | UBER_RAZAK_0015 919-15931 | **Y** | **Y** | |
| 28 | Deactivation Policy, April 21, 2016 | UBER_RAZAK_0015 967-15990 | **Y** | **Y** | |
| 29 | Deactivation Policy, July 26, 2016 | UBER_RAZAK_0015 962-15966 | **Y** | **Y** | |
| 30 | Community Guidelines, December 8, 2016 | UBER_RAZAK_0015 949-15955 | **Y** | **Y** | |
| 31 | Community Guidelines, March 23, 2017 | UBER_RAZAK_0010 186 | **Y** | **N** | Incomplete; does not include entire document |
| 32 | Code of Conduct, October 17, 2017 | UBER_RAZAK_0015 936-15948 | **Y** | **Y** | |

| 33 | Uber Philly Quality Playbook | UBER_RAZAK_0010 771-10786 | **Y** | **N** | FRE 401, 403 |
|---|---|---|---|---|---|
| 34 | Uber ADA Policies and Guidelines | UBER_RAZAK_0000 0085-00000090 | **Y** | **Y** | |
| 35 | Uber Philadelphia Airport Policies | UBER_RAZAK_0000 0567-570 | **Y** | **Y** | |
| 36 | Uber Email Regarding Airport Policy Updates | UBER_RAZAK_0000 1565-1573, 1592-1602, 1608-1616, 6433-6436 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 37 | Uber Email Regarding Empty Sleeping in Airport Lot | UBER_RAZAK_0000 0283-284 | **Y** | **Y** | |
| 38 | SKIPPED BY PLAINTIFFS | | | | |
| 39 | Uber Emails Regarding Airport Queue Phone Switching | UBER_RAZAK_0000 2303-2307, 6437-6441 | **Y** | **Y** | Need to break down page ranges into separate exhibits |
| 40 | Uber Policy Reminder Regarding Atlantic City Airport | UBER_RAZAK00002 716-2720 | **Y** | **Y** | |
| 41 | Uber Zero Tolerance Policy | UBER_RAZAK00002 056-2063 | **Y** | **Y** | |
| 42 | Uber Safety Policy | UBER_RAZAK00000 614-618 | **Y** | **Y** | |
| 43 | Amara & Associates Letters | UBER_RAZAK_PL00 07058, 7007, 7157, 7321, 7220 | **Y** | **Y** | Need to break down page ranges into separate exhibits |
| 44 | Gegen and Rasier Comments to the Pennsylvania Public Utilities Commission, September 26, 2016 | Dkt. 117-16 | **Y** | **N** | FRE 401; Offer of proof requested |

| | | | | | |
|---|---|---|---|---|---|
| 45 | Notice of Gegen Application as Limousine Service to Philadelphia Parking Authority, December 29, 2012 | Dkt. 117-17 | Y | N | FRE 401; Offer of proof requested |
| 46 | Letter from Philadelphia Parking Authority to Gegen Awarding Certificate of Public Convenience | UBER_RAZAK_PL0000 | Y | N | Bates range cited contains error. Please confirm bates range so we can evaluate; offer of proof requested |
| 47 | Uber Quality Improvement Courses Webpage | Dkt. 117-22 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403. Specifically, website is dated 2/20/18 (outside temporal scope) |
| 48 | Uber Email re Background Check | UBER_RAZAK_PL0000001 | Y | Y | |
| 49 | Uber Email re Cleaning Fee | UBER_RAZAK_PL0000173 | Y | Y | |
| 50 | Excerpts of Cherdoud 2014 Tax Documents | UBER_RAZAK_PL0007409, 7223, 7324, 73325 | Y | N | Need to break down page ranges into separate exhibits |
| 51 | Excerpts of Cherdoud 2015 Tax Documents | UBER_RAZAK_PL0007409 | Y | Y | |
| 52 | Excerpts of Cherdoud 2016 Tax Documents | UBER_RAZAK_PL0007411, 7290, 7369 | Y | N | Need to break down page ranges into separate exhibits |
| 53 | Excerpts of Luxe Limousine 2015 Tax Documents | UBER_RAZAK_PL0007023 | Y | Y | |
| 54 | Excerpts of Luxe Limousine 2016 Tax Documents | UBER_RAZAK_PL0007052 | Y | Y | |
| 55 | Excerpts of Sabani 2014 Tax Documents | UBER_RAZAK_PL0000835 | Y | Y | |

| 56 | Cherdoud Gegen Vehicle Registration to Gegen's Fleet | UBER_RAZAK_PL00 00882 | **Y** | **Y** | |
| 57 | Cherdoud Gegen Driver Certificate | UBER_RAZAK_PL00 00907 | **Y** | **Y** | |
| 58 | Gegen and Cherdoud Certificate of Liability Insurance | UBER_RAZAK_PL00 00880 | **Y** | **Y** | |
| 59 | Gegen and Cherdoud Financial Responsibility Card | UBER_RAZAK_PL00 00881 | **Y** | **Y** | |
| 60 | Razak Background Check | UBER_RAZAK_0010 801-10804 | **Y** | **Y** | |
| 61 | Sabani Background Check | UBER_RAZAK_0010 826-10829 | **Y** | **Y** | |
| 62 | Cherdoud Background Check | UBER_RAZAK_0010 854-10856 | **Y** | **Y** | |
| 63 | Communications between Uber and Plaintiffs | UBER_RAZAK_0000 7851-7935 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 64 | Communications between Uber and Plaintiffs | UBER_RAZAK_0000 7954 | **Y** | **N** | This bates range is a payment summary for Cherdoud, not communications between Uber and Plaintiffs. Please confirm which (description or bates range) is correct |
| 65 | Communications between Uber and Plaintiffs | UBER_RAZAK_0000 8035-8530 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 66 | Communications between Uber and Plaintiffs | UBER_RAZAK_0001 0177-10179 | **Y** | **Y** | |
| 67 | Communications between Uber and Plaintiffs | UBER_RAZAK_0010 635-10769 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 68 | Communications between Uber and Plaintiffs | UBER_RAZAK_0010 800-10955 | **Y** | **N** | Need to break down page ranges into separate exhibits. This bates range contains documents that are not communications between Uber and Plaintiffs. |

| 69 | Communications between Uber and Plaintiffs | UBER_RAZAK_0013479-13484 | Y | N | Need to break down page ranges into separate exhibits |
|---|---|---|---|---|---|
| 70 | Communications between Uber and Plaintiffs | UBER_RAZAK_0013492-13493 | Y | N | Need to break down page ranges into separate exhibits |
| 71 | Communications between Uber and Plaintiffs | UBER_RAZAK_0013675-13678 | Y | N | Need to break down page ranges into separate exhibits |
| 72 | Communications between Uber and Plaintiffs | UBER_RAZAK_0013837-13845 | Y | N | Need to break down page ranges into separate exhibits |
| 73 | Communications between Uber and Plaintiffs | UBER_RAZAK_0014145-14339 | Y | N | This bates range is a payment summary for Cherdoud, not communications between Uber and Plaintiffs. Please confirm which (description or bates range) is correct |
| 74 | Communications between Uber and Plaintiffs | UBER_RAZAK_0014408-14667 | Y | N | Need to break down page ranges into separate exhibits |
| 75 | Communications between Uber and Plaintiffs | UBER_RAZAK_PL000001-183 | Y | N | Need to break down page ranges into separate exhibits |
| 76 | Communications between Uber and Plaintiffs | UBER_RAZAK_PL0003789-4934 | Y | N | Need to break down page ranges into separate exhibits |
| 77 | Communications between Uber and Plaintiffs | UBER_RAZAK_PL0006884-6893 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403. Need to break down page ranges into separate exhibits. |
| 78 | Unredacted Versions of Zendesk Communications at issue in Plaintiffs' Motion to Compel (Dkt. 155) | To be produced by Uber | Y | N | To be re-evaluated once production is complete and bates numbers are identified by Plaintiffs. Will need to break down page ranges into separate exhibits. |
| 79 | Uber Philly – Big Events & News Emails | UBER_RAZAK_001337, 1522, 1637, 7083, 7162, 7338 | Y | N | Need to break down page ranges into separate exhibits. In addition, this exhibit is incomplete |

| 80 | Uber Weekend Update Emails | UBER_RAZAK_0000 0382, 454, 531, 729, 868, 972, 1000, 1098, 1140, 1242, 1248, 1308, 1328, 1344, 1355, 1382, 1399, 1428, 1437, 1456, 1477, 1565, 1592, 2213, 2308, 2340, 2499, 2544, 2554, 2646, 2684, 2771, 2961, 3010, 3286, 3494, 3542, 6240, 6316, 6385, 6606, 6612, 6744, 6839, 6967, 7018, 7114, 7138, 7162, 7193 (note, these bates numbers are only the first number in their ranges) | **Y** | **N** | Need to break down page ranges into separate exhibits. In addition, this exhibit is incomplete |
| 81 | Uber Emails Regarding Dress Code | UBER_RAZAK_0000 1279-1285, 1448-1455, 1626-1633, 7093-7100, 7223-7230, 7402-7408 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 82 | Uber Emails Regarding Commercial Liability Insurance | UBER_RAZAK_0000 2240-2241 | **Y** | **N** | This bates range is not about commercial liability insurance, it is about cancelled trips. |
| 83 | Uber Emails Regarding Cancellation Rate | UBER_RAZAK_0000 2240-2241, 2927-2928 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 84 | Uber Email Regarding Disparaging Uber | UBER_RAZAK_0000 2628-2629 | **Y** | **Y** | |
| 85 | Uber Partner Policy Updates | UBER_RAZAK_0000 1470-76, 7202-7208 | **Y** | **N** | Need to break down page ranges into separate exhibits |
| 86 | Uber Quality Summary Email Template | UBER_RAZAK_0014 541-14546 | **Y** | **Y** | |
| 87 | Uber Email Accepting riders with disabilities and their service animals | UBER_RAZAK_0014 559 | **Y** | **Y** | |

| 88 | Uber Email Please make sure you have your new PPA sticker by October 23 | UBER_RAZAK_0014719 | Y | Y | |
|---|---|---|---|---|---|
| 89 | Uber Email announcing tipping | UBER_RAZAK_0014730-14733 | Y | Y | |
| 90 | Uber tipping email | UBER_RAZAK_0014744-14745 | Y | Y | |
| 91 | Uber Email Service Fee Refund Update | UBER_RAZAK_0014814 | Y | N | This is incomplete (the email identified is three pages and all three need to be included). |
| 92 | Uber Email Partner Performance Template | UBER_RAZAK_0014827-14831 | Y | Y | |
| 93 | Uber Email Regarding New Deactivation Policy | UBER_RAZAK_00005799-5801 | Y | Y | |
| 94 | Uber Emails Regarding Expired Documents | UBER_RAZAK_00001988-1990, 1991-1993, 1994-1996 | Y | N | Need to break down page ranges into separate exhibits |
| 95 | Uber Email Regarding Placards and PPA Inspection | UBER_RAZAK_0015104 | Y | Y | |
| 96 | Screenshots of Webpages | UBER_RAZAK_0015991-15994 | Y | N | FRE 403 |
| 97 | Spreadsheet Reflecting Sampling of Philadelphia UberBLACK drivers deactivated | UBER_RAZAK_0015999 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |

| | | | | | |
|---|---|---|---|---|---|
| 98 | Additional documents regarding deactivation and suspension of Philadelphia UberBLACK drivers, anticipated to be produced by Defendants | | N | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 99 | Remarks from Uber's Press Call (March 17, 2017) | https://www.uber.com/newsroom/press-call/ | Y | N | FRE 403; offer of proof requested |
| 100 | Razak Pay Statement, July 28, 2014 | UBER_RAZAK_0000 5833-5835 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 101 | Razak Pay Statement, March 23, 2015 | UBER_RAZAK_0000 3827-3829 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 102 | Razak Pay Statement, March 21, 2016 | UBER_RAZAK_0000 3769-3771 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 103 | Razak Pay Statement, June 5, 2017 | UBER_RAZAK_0011 271-11272 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 104 | Sabani Pay Statement, December 16, 2013 | UBER_RAZAK_0010 334-10335 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 105 | Sabani Pay Statement, March 17, 2014 | UBER_RAZAK_0010 274-10277 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 106 | Sabani Pay Statement, December 21, 2015 | UBER_RAZAK_0000 7505-7509 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 107 | Sabani Pay Statement, March 21, 2016 | UBER_RAZAK_0000 7474-7478 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 108 | Sabani Pay Statement | UBER_RAZAK_0000 8531 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE |

| | | | | | |
|---|---|---|---|---|---|
| | January 30, 2017 | | | | 401-403, offer of proof requested. Incomplete. |
| 109 | Cherdoud Pay Statement, March 10, 2014 | UBER_RAZAK_0000 7936-7941 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 110 | Cherdoud Pay Statement, March 21, 2015 | UBER_RAZAK_0000 1666-1668 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 111 | Cherdoud Pay Statement, March 21, 2016 | UBER_RAZAK_0000 1657-1659 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 112 | Cherdoud Pay Statement, March 20, 2017 | UBER_RAZAK_0013 704-13709 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403, offer of proof requested. Incomplete. |
| 113 | Razak Trip Histories | UBER_RAZAK_0000 2072, 8305, 14423 | **Y** | **Y** | |
| 114 | Sabani Trip Histories | UBER_RAZAK_0000 2071, 10799, 14387 | **Y** | **Y** | |
| 115 | Cherdoud Trip Histories | UBER_RAZAK_0010 797, 14221 | **Y** | **N** | Bates number 14221 is not Cherdoud's trip history. Instead, 14221 is the second page of Sabani's earning statement. No objection to Cherdoud trip history. |
| 116 | Uber Form S-1 Registration Statement, as filed with the SEC on Apr. 11, 2019 | https://www.sec.gov/A rchives/edgar/data/154 3151/00011931251910 3850/d647752ds1.htm | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 117 | Uber Form 10-K for FY 2019, filed with the SEC on March 2, 2020 | https://www.sec.gov/ix ?doc=/Archives/edgar/ data/0001543151/0001 54315120000010/fy20 19q410kfinancialst.htm | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 118 | Uber Form 10-K for FY 2020, filed with the SEC on March 1, 2021 | https://www.sec.gov/ix ?doc=/Archives/edgar/ data/0001543151/0001 54315121000014/uber-20201231.htm | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 119 | Uber Form 10-K for FY 2021, filed with the SEC on Feb. 24, 2022 | https://www.sec.gov/ix ?doc=/Archives/edgar/ data/0001543151/0001 54315122000008/uber-20211231.htm | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |

| | | | | | |
|---|---|---|---|---|---|
| 120 | Uber Form 10-K for FY 2022, filed with the SEC on Feb. 21, 2023 | https://www.sec.gov/ix?doc=/Archives/edgar/data/0001543151/000154315123000010/uber-20221231.htm | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 121 | Documents Regarding Deactivation produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | UBE-OCO00023792-23799 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 122 | Documents Regarding Deactivation produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | UBE-OCO00023859-23889 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 123 | Documents Regarding Deactivation and Discipline produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | UBE-OCO00028788-28822 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 124 | Documents Regarding Driver Account Waitlisting produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | UBE-OCO00028823-28837 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 125 | Documents Regarding Driver | UBE-OCO00028838-28873 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |

| | | | | | |
|---|---|---|---|---|---|
| | Deactivations produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | | | | |
| 126 | Documents Regarding Quality Assurance & Deactivations produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | UBE-OCO00028874-28907 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 127 | Documents Regarding Driver Suspensions produced in O'Connor v. Uber Technologies, Inc., No. 3:13-cv-03826-EMC (N.D. Cal.) | UBE-OCO00028908-28921 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403 |
| 128 | Accidents – Property Damage to Vehicle Involving Rider produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_0006816-6822 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 129 | Account Inactive Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_0007536-7600 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |

| | | | | |
|---|---|---|---|---|
| 130 | Background Check Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7411-7413 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 131 | Begin and End Trip Instead of Cancel Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7162-7170 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 132 | Not Getting Requests Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7255-7269 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 133 | Potential Safety Concern Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7175-7182 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 134 | Substance Abuse Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7215-7217 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 135 | Verbal Altercation Knowledge Base Page | UBER_SAXTON_000 7252-7254 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |

| | | | | | |
|---|---|---|---|---|---|
| | produced in Saxton, et al. v. Uber Technologies, Inc. | | | | |
| 136 | Document Status Check Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7109-7116 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 137 | Earnings Amount Review Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7289-7292 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 138 | Fare Review Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7109-7116 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 139 | Feedback About Rider Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7097-7108 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 140 | Multiple Destinations Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 6958-6962 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |

| | | | | |
|---|---|---|---|---|
| 141 | Cleaning Fee Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7190-7202 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 142 | Long ETA or Pickup Longer Than Trip Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7308-7320 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 143 | Missing From Trip History Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7507-7535 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 144 | Standards & Service Questions – Animals in Vehicle Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7342-7353 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 145 | Upcharge Request Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7423-7447 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |

| 146 | Driver Cancellation Fee Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 6838-6847 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 147 | Vehicle Solutions – Lender and Vehicle Issues Knowledge Base Page produced in Saxton, et al. v. Uber Technologies, Inc. | UBER_SAXTON_000 7372-7380 | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; subject to protective order |
| 148 | Lowman v. Unemployment Comp. Board of Review, 235 A.3d 278 (Pa. 2020) | | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 149 | People v. Uber Technologies, Inc., 56 Cal. App. 5th 266 (2020) | | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 150 | Berwick v. Uber Technologies, Inc., Case No. 11-46739 EK (CA DLSE June 4, 2015) | | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 151 | [CLAIMANT] v. Uber Technologies, Inc., Case No. 5371509 (CA Unemployment Ins. Appeals Board June 6, 2015) | | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 152 | Da Silva v. Uber Technologies, Inc., JAMS Ref No. 1100112429 | | **Y** | **N** | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |

| | | | | |
|---|---|---|---|---|
| | (Arb. Rebecca Westerfield July 25, 2023) | | | |
| 153 | Matter of Lowry, 189 A.D.3d 1863 (N.Y. Sup. Ct. App. Div. 2020) | | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 154 | In the Matter of: [CLAIMANT] and Uber Technologies, Inc., ALJ Case No. 016-23858 (N.Y. Unemployment Insurance Appeal Board, Administrative Law Judge Section June 9, 2017) | | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 155 | In Re: The Employment Status of Uber Drivers, Advisory Opinion of the Commissioner of the Bureau of Labor and Industries of the State of Oregon (Oct. 14, 2015) | https://www.oregon.gov/boli/about/Documents/uber%20advisory%202015.pdf | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 156 | Uber BV v. Aslam [2021] UKSC 5 | https://www.supremecourt.uk/cases/docs/uksc-2019-0029-judgment.pdf | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 157 | Ruling by the Labour Chamber of the Court of Cassation on 4 March 2020, Appeal no. S 19-13.316 (France) | https://www.courdecassation.fr/getattacheddoc/5fca56cd0a790c1ec36ddc07/1daeef98447aad7f497cd80e4c1e75dc | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |

| 158 | Asociación Profesional Élite Taxi v. Uber Systems Spain SL, C-434/15 (European Court of Justice Dec. 20, 2017) | https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:62015CJ0434 | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401-403; offer of proof requested |
| 159 | Uber Fined $649 Million for Saying Drivers Aren't Employees, Matthew Haag and Patrick McGeehan, NEW YORK TIMES (Nov. 14, 2019), https://www.nytimes.com/2019/11/14/nyregion/uber-new-jersey-drivers.html | https://www.nytimes.com/2019/11/14/nyregion/uber-new-jersey-drivers.html | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401, 403, 802; offer of proof requested |
| 160 | State of Alaska Press Release, Uber Agrees to Stop Worker Misclassification in Alaska, September 3, 2015 | https://labor.alaska.gov/news/2015/news15-38.pdf | Y | N | Scope (outside of parties' stipulation at ECF No. 148), FRE 401, 403, 802; offer of proof requested |

## VII.  ESTIMATE OF NUMBER OF DAYS FOR TRIAL.

Defendants estimate that the trial will last five days and they will need approximately two days for the presentation of their case.

## VIII.  SPECIAL COMMENTS REGARDING LEGAL ISSUES, STIPULATIONS, AMENDMENT OF PLEADINGS, OR OTHER APPROPRIATE MATTERS.

### A.  Legal Issue Regarding State Law Claims

The parties have fully briefed Plaintiffs' request for separate jury instructions with respect to their federal and state law claims. (*See* ECF Nos. 151, 157, 159). As outlined therein, Plaintiffs' requested relief is not appropriate. Instead, as fully briefed before the Court, the jury instructions

regarding the FLSA, PMWA, and WPCL should be the same and aligned with the FLSA "economic realities" test.

**B.    Scope of Trial**

Plaintiffs utilized Uber's ride-sharing mobile phone application to provide "UberBLACK" transportation services. This trial is limited to the threshold liability question of whether the three individual Plaintiffs were Defendants' employees under the FLSA, PMWA, and/or WPCL prior to January 11, 2018. (ECF No. 148 at ¶ 1). Accordingly, Plaintiffs should be precluded from introducing any evidence, testimony, or argument concerning information outside the limited scope stipulated to by the parties, including, *inter alia*, different geographic locations or markets (*i.e.*, outside of Philadelphia, Pennsylvania), Uber products (*i.e.*, other than UberBLACK), time periods (*e.g.*, after January 11, 2018), or other individuals utilizing Uber's ride-sharing mobile phone application to provide UberBLACK transportation services, or Plaintiffs' alleged damages. *See* Defendants' forthcoming Motion *In Limine* Regarding Scope of the Case.

**C.    Proposed Stipulation**

Many facts relevant to the threshold liability question have already been established as undisputed during the summary judgment proceedings. *See* Defendants' SOF, ECF 66-3 & ECF 114-3; Plaintiffs' Response to Defendants' SOF, ECF 80 & ECF117-3. Accordingly, Defendants proposed that the parties enter a stipulation of facts that are not in dispute that could be presented to the jury as having been established. In all substantive respects, Defendants' proposed stipulation of facts was taken directly from the parties' prior submissions confirming that the included facts are undisputed. Defendants: (a) requested that Plaintiffs agree to submit these facts to the jury as undisputed; (b) invited Plaintiffs to propose modifications; and (c) invited Plaintiffs to propose any additional facts for inclusion. Defendants anticipate that stipulating to these facts would enable

the parties to cut back significantly on their proposed presentation of evidence, including witness testimony and trial exhibits. Unfortunately, Plaintiffs refused to collaborate with Defendants in the preparation of this stipulation.

First, Plaintiffs' counsel wrote: "We're not going to agree to this stipulation. Regardless of whether facts were disputed or not for summary judgment purposes does not affect whether we would stipulate to them for trial." In response, Defendants' counsel pointed out that Plaintiffs did not admit to these facts solely "for summary judgment" purposes – they admitted to these facts unconditionally. *See* Plaintiffs' Response to Defendants' SOF, ECF 80 & ECF117-3. In any event, Section D(2) of the Court's Pretrial and Trial Procedures – Civil Cases for dispositive motions required the non-moving party (in this case, Plaintiffs) to admit whether the stated facts were disputed or not disputed (with no option for admitting that their statements were not disputed only for purposes of summary judgment).

Second, Plaintiffs' counsel wrote: "I've never agreed to such a lengthy stipulation for trial. If you want to try drafting something much more brief that both sides may agree to, we will consider that." In response, Defendants' counsel pointed out that the length of the stipulation is not relevant. The fact that there happen to be a lot of undisputed facts in this case should not make any difference. Defendants' counsel proposed that Plaintiffs' counsel identify which facts listed in the draft stipulation would be acceptable to include in a "more brief" stipulation.

Third, Plaintiffs' counsel complained that Defendants were "paraphrasing pleadings" and that the proposed stipulation did not include stipulated facts regarding Uber. In response, Defendants' counsel pointed out that: (a) the proposed stipulation is not "paraphrasing" pleadings (rather, it is reciting the parties' prior agreement that certain facts were undisputed); and (b) the proposed stipulation does include undisputed facts about Uber (in fact, proposed facts 76 – 114

were about Uber); and (c) Defendants had invited Plaintiffs to propose modifications to the statement as well as to include additional undisputed facts (thereby providing Plaintiffs the opportunity to add other facts about Uber).

In short, Defendants have attempted to streamline the presentation of evidence at trial by stipulating to facts that have already been established as undisputed. Unfortunately, Plaintiffs have been unwilling to collaborate in such efforts. Plaintiffs should be precluded from offering evidence at trial that contradicts their prior judicial admissions, and the Court should instruct the jury that these facts have been established as true for purposes of the trial. *See* Defendants' forthcoming Motion *In Limine* Regarding Admitted Facts.

### D.    Offer of Proof

Pursuant to Section H(5) of the Court's Pretrial and Trial Procedures - Civil Cases, if any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of opposing counsel prior to trial for such information. On January 22, 2024, Defendants requested an offer of proof as to the following witnesses identified in Plaintiffs' pretrial memorandum and witness list:

- Tara Murray
- Uber Keeper of Records
- Drew Holland
- Dimitry Cohen
- CJ Stavrakos
- Martin Rufo
- Other UberBLACK drivers who worked in the Philadelphia market between 2013 and 2018 and who were deactivated or suspended

On January 22, Defendants also requested an offer of proof as to the following exhibits identified in Plaintiffs' exhibit list:

- 44 (Gegen and Rasier Comments to the Pennsylvania Public Utilities Commission, September 26, 2016)

- 45 (Notice of Gegen Application as Limousine Service to Philadelphia Parking Authority, December 29, 2012)
- 46 (Letter from Philadelphia Parking Authority to Gegen Awarding Certificate of Public Convenience)
- 99 (Remarks from Uber's Press Call (March 17, 2017))
- 100-112 (Pay Statements)
- 116 (Uber Form S-1 Registration Statement, as filed with the SEC on Apr. 11, 2019)
- 117 (Uber Form 10-K for FY 2019, filed with the SEC on March 2, 2020)
- 118 (Uber Form 10-K for FY 2020, filed with the SEC on March 1, 2021)
- 119 (Uber Form 10-K for FY 2021, filed with the SEC on Feb. 24, 2022)
- 120 (Uber Form 10-K for FY 2022, filed with the SEC on Feb. 21, 2023)
- 148 (Lowman v. Unemployment Comp. Board of Review, 235 A.3d 278 (Pa. 2020))
- 149 (People v. Uber Technologies, Inc., 56 Cal. App. 5th 266 (2020))
- 150 (Berwick v. Uber Technologies, Inc., Case No. 11-46739 EK (CA DLSE June 4, 2015))
- 151 ([CLAIMANT] v. Uber Technologies, Inc., Case No. 5371509 (CA Unemployment Ins. Appeals Board June 6, 2015))
- 152 (Da Silva v. Uber Technologies, Inc., JAMS Ref No. 1100112429 (Arb. Rebecca Westerfield July 25, 2023))
- 153 (Matter of Lowry, 189 A.D.3d 1863 (N.Y. Sup. Ct. Div. 2020))
- 154 (In the Matter of: [CLAIMANT] and Uber Technologies, Inc., ALJ Case No. 016-23858 (N.Y. Unemployment Insurance Appeal Board, Administrative Law Judge Section June 9, 2017))
- 155 (In Re: The Employment Status of Uber Drivers, Advisory Opinion of the Commissioner of the Bureau of Labor and Industries of the State of Oregon (Oct. 14, 2015))
- 156 (Uber BV v. Aslam [2021] UKSC 5)
- 157 (Ruling by the Labour Chamber of the Court of Cassation on 4 March 2020, Appeal no. S 19-13.316 (France))
- 158 (Asociación Profesional Élite Taxi v. Uber Systems Spain SL, C-434/15 (European Court of Justice Dec. 20, 2017))
- 159 (Uber Fined $649 Million for Saying Drivers Aren't Employees, Matthew Haag and Patrick McGeehan, NEW YORK TIMES (Nov. 14, 2019))
- 160 (State of Alaska Press Release, Uber Agrees to Stop Worker Misclassification in Alaska, September 3, 2015)

To date, Plaintiffs have not provided the requested offer of proof as to these witnesses and exhibits.

Dated: January 30, 2024                     Respectfully submitted,

                                            */s/Robert W. Pritchard*
                                            Robert W. Pritchard, Bar No. 76979
                                            rpritchard@littler.com
                                            Joshua C. Vaughn, Bar No. 203040
                                            jvaughn@littler.com

                                            LITTLER MENDELSON, P.C.
                                            625 Liberty Avenue
                                            26th Floor
                                            Pittsburgh, PA 15222
                                            Telephone:   412.201.7600
                                            Facsimile:    412.456.2377

                                            Paul C. Lantis, Bar No. 309240
                                            plantis@littler.com
                                            LITTLER MENDELSON, P.C.
                                            Three Parkway
                                            1601 Cherry Street, Suite 1400
                                            Philadelphia, PA 19102
                                            Telephone: 267.402.3073
                                            Facsimile: 267.402.3131

                                            Attorneys for Defendants
                                            UBER TECHNOLOGIES, INC. AND
                                            GEGEN LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2024, Defendants' Pretrial Memorandum was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel and parties of record.

*/s/Robert W. Pritchard*