## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALI RAZAK, et al. | CIVIL ACTION |
|---|---|
| v. | NO. 16-573 |
| UBER TECHNOLOGIES, INC., et al. | |

### PRETRIAL ORDER

**AND NOW** this 1st day of February, 2024, following a recorded telephone conference with counsel this date, concerning a "structure" of the upcoming trial scheduled to begin on March 4, 2024, it is **ORDERED**:

1.	Counsel shall continue their discussions about the "structure" of the upcoming trial on the topics discussed.

2.	Each party shall file a "status report" concerning their discussions in an attempt to reach a stipulation as to "material facts," whether to have a jury trial as to any issue, by 4:00 p.m. on Tuesday, February 6, 2024, limited to five pages, double-spaced.

3.	The Court will have a recorded telephone conference on these topics on Thursday, February 8, 2024 at 11:00 a.m.  Counsel shall use the following conference call dial-in bridge to participate in this conference:

> AT&T Conference:  1-888-278-0296
> Access Code:  5899406#

4.	It is the Court's preliminary view, that if the parties are able to stipulate that a certain number of "material facts" are undisputed, that a non-jury trial under Rule 52 can proceed, with each party reserving its position as to other facts in dispute, and if they are deemed by the Court to be "material," a jury would be empaneled at some future date.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-573 Razak v Uber Technologies\16cv573 order 02012024.docx