# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, AND KHALDOUN CHERDOUD, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. AND GEGEN LLC, <br><br> Defendants. | Civil Action No. 2:16–CV–00573–MMB <br><br> Judge Michael M. Baylson |

## DEFENDANTS' RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Uber Technologies, Inc. and Gegen LLC move for judgment as a matter of law. Fed. R. Civ. P. 50(a).

Judgment as a matter of law is appropriate under Rule 50(a) because Plaintiffs have been fully heard on the sole question presented in this trial—whether Plaintiffs were Defendants' "employees" or whether they were instead "independent contractors" for purposes of their FLSA, PMWA, and WPCL claims—and a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue.

WHEREFORE, Defendants respectfully request that the Court grant their motion for judgment as a matter of law.

Dated: March 8, 2024

Respectfully submitted,

*/s/ Robert W. Pritchard*
Robert W. Pritchard, Bar No. 76979
rpritchard@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7628
Facsimile: 412.774.1957

Paul C. Lantis, Bar No. 309240
plantis@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3073
Facsimile: 267.402.3131

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC and
GEGEN LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2024, **Defendants' Rule 50(a) Motion For Judgment As A Matter Of Law** was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel and parties of record.

*/s/ Robert W. Pritchard*
Robert W. Pritchard
