IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, AND KHALDOUN CHERDOUD,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. AND GEGEN LLC,<br><br>    Defendants. | Civil Action No. 2:16–CV–00573–MMB<br><br>Judge Michael M. Baylson |

## ORDER

AND NOW, on this ___ day of _____, 2024, upon consideration of Defendants' motion for judgment as a matter of law, the documents filed in support thereof, and any opposition thereto, and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED. Judgment is hereby entered in favor of Defendants and against Plaintiffs on all counts in Plaintiffs' Complaint. This action is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.