# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALI RAZAK, et al.<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al. | CIVIL ACTION<br><br>NO. 16-573 |
|---|---|

## ORDER

**AND NOW** this 11th day of March, 2024, following the trial in this matter, it is **ORDERED**:

1. Initial submission regarding post-trial proceedings are due by April 1, 2024. These submissions are limited to 25 pages, double-spaced with no exhibits.

2. Replies to the initial submissions are due by April 8, 2024, limited to 10 pages, double-spaced with no exhibits.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-573 Razak v Uber Technologies\16cv573 order re post-trial submissions.docx