IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALI RAZAK, et al. v. UBER TECHNOLOGIES, INC., et al. | CIVIL ACTION NO. 16-573 |
|---|---|

# ORDER

**AND NOW** this 12th day of April, 2024, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Strike (ECF 284) is **DENIED.**

2. Oral argument on all outstanding motions will take place on April 29, 2024 at 2:00 p.m. in Courtroom 3A. Out-of-town counsel may appear by Zoom (but must let Chambers know no later than April 25, 2023 if they want to participate via Zoom).

3. Plaintiffs may file response to Defendant's Rule 50(b) motion (ECF 282) within ten (10) days and may incorporate by reference post-trial arguments already made in prior post-trial filings.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 16\16-573 Razak v Uber Technologies\16cv573 order 04122024.docx