# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•
KRYSTEN CONNON^▪
JEREMY ABAY^▪◊
_____

OLENA SAVYTSKA×
MATTHEW CARRIERI×
SAMUEL DAVIS×▫
JACK BARTHOLET×
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

76 E. EUCLID AVENUE, SUITE 101
HADDONFIELD, NJ 08033
_____
TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM
_____

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
▫ ADMITTED IN NORTH CAROLINA

April 15, 2024

**By ECF**

The Honorable Michael Baylson
U.S. District Court for Eastern District of Pennsylvania
601 Market Street
Room 3810
Philadelphia, PA 19106-1751

      **Re:  Ali Razak, et al. v. Uber Technologies, Inc., et al.
            Case No. 2:16-cv-0573**

Dear Judge Baylson,

    Our office represents Plaintiffs in the above matter.

    The Court has scheduled oral argument on all outstanding motions to take place on April 29, 2024 at 2:00 PM.  (ECF No. 285).  **We write to request that oral argument be moved to May 1, 2024.**  Plaintiffs' counsel has a scheduling conflict on April 29 and would like to attend the argument in person.  Defendants do not oppose this request.

    Please let us know if the Court has any questions or concerns.

                                  Respectfully submitted,

                                  *s/ Jeremy E. Abay*
                                  Jeremy E. Abay (PA# 316730)
                                  609-502-5230 (direct)
                                  jabay@llrlaw.com