# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
ADELAIDE H. PAGANO×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•
KRYSTEN CONNON^▪
JEREMY ABAY^▪◊

───────────────

OLENA SAVYTSKA×
MATTHEW CARRIERI×
SAMUEL DAVIS×▪
JACK BARTHOLET×
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

76 E. EUCLID AVENUE, SUITE 101
HADDONFIELD, NJ 08033

───────────────

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM

───────────────

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
▫ ADMITTED IN NORTH CAROLINA

May 14, 2024

**By ECF Only**

The Honorable Michael Baylson
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 3810
Philadelphia, PA 19106-1751

> Re: *Ali Razak, et al. v. Uber Technologies, Inc., et al.*
> Case No. 2:16-cv-0573

Dear Judge Baylson,

This law firm represents Plaintiffs in the above matter.

Pursuant to the Court's May 1, 2024 Order (ECF No. 294), the parties' proposed jury interrogatories and new or revised proposed jury instructions are currently due tomorrow, May 15, 2024. The Court has also invited the parties to comment on the Third Circuit's non-precedential decision in *Carpenter v. Pepperidge Farm, Inc.*, No. 23-2372, 2024 WL 2103257 (3d Cir. May 10, 2024) by tomorrow.

I write to request that these deadlines be extended by one week to May 22, 2024. Defendants do not oppose this request, provided that the extension applies to all parties.

Please let us know if the Court has any questions.

Respectfully,
*s/ Jeremy E. Abay*
Jeremy E. Abay

cc:  Counsel of Record (by electronic notice)