IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and GEGEN LLC,<br><br>Defendants. | Case No. 2:16-cv-00573-MMB<br><br>Judge Michael M. Baylson |

**PLAINTIFFS' SUPPLEMENTAL PROPOSED JURY INSTRUCTION
REGARDING THE BURDEN OF PROOF UNDER THE FLSA**

Pursuant to the Court's Orders (ECF Nos. 294, 298), Plaintiffs submit the following proposed jury instruction in supplement to their May 22, 2024 submission (ECF No. 305).

**INSTRUCTION NO. 4.1**
**Burden of Proof under the FLSA**

Because independent contractor status is a defense to claims under the federal Fair Labor Standards Act ("FLSA"), the burden is on Defendants to prove by a preponderance of the evidence that Plaintiffs were independent contractors and not employees.

**Authorities:** *Corning Glass Works v. Brennan*, 417 U.S. 188 (1974) (the "general rule" is that "the application of an exemption under the Fair Labor Standards Act is a matter of affirmative defense under which the employer has the burden of proof"); Defendants' Answer to First Amended Complaint, ECF No. 57 (asserting as an affirmative defense, "Federal and state wage and hour laws do not apply to Defendants with respect to Plaintiffs and the putative class and/or collective action members because they were at all relevant times independent contractors and/or otherwise excluded from coverage under those laws.").

Dated: June 5, 2024

Respectfully submitted,

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
tfowler@llrlaw.com

Jeremy E. Abay (PA # 316730)
LICHTEN & LISS-RIORDAN, P.C.
76 E. Euclid Avenue, Suite 101
Haddonfield, NJ 08033
(856) 509-5346
jabay@llrlaw.com

Bret Stanley (*pro hac vice*)
THE STANLEY LAW FIRM, PLLC
1700 Richmond Avenue, Suite 1700
Houston, TX 77079
(832) 856-6486
bstanley@stanleypllc.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, certify that on June 5, 2024, a true and accurate copy of the foregoing document was served on counsel for Defendants by filing on the Court's CM/ECF system.

                                                                                               *s/ Shannon Liss-Riordan*
                                                                                               Shannon Liss-Riordan