IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC. and GEGEN LLC,<br><br>　　　　　Defendants. | Civil Action No. 2:16-CV-00573-MMB<br><br>Judge Michael M. Baylson |

## TRIAL BRIEF REGARDING COURT'S STATEMENT OF THE CASE DURING JURY SELECTION

Defendants Uber Technologies, Inc. and Gegen LLC submit this trial brief regarding the Court's case statement of the case to be read during jury selection for the June 10, 2024 trial.

Defendants understand that at the beginning of the jury selection process, the Court intends to offer a brief statement of the case before initiating *voir dire*. Defendants propose the Court adopt the following neutral statement of the case at the June 10, 2024 trial:

> I'm going to give you a very brief summary of what this case is about.
>
> This is a civil case. A civil case is when one person or company sues another for money. That's different than a criminal case that involves the government saying someone committed a crime. And the purpose of a trial is for the plaintiffs to be able to prove their case, and to present documents and witnesses to prove their case. And the defendants are here to try and show that plaintiffs have not proved their case by presenting their own documents and witnesses. So that's why we're having a jury to decide this issue.
>
> As you may know, Uber is a company that created a smartphone application that connects drivers and people who want rides. This case specifically is about UberBLACK, which was a black car/limousine product. The plaintiffs, Ali Razak, Kenan Sabani, and Khaldoun Cherdoud, are black car/limousine drivers that utilized UberBLACK in Philadelphia. Plaintiffs were classified by Uber as independent contractors (people who employ themselves). In this case, Plaintiffs allege that this classification was wrong and that they were Uber's employees when they were using the Uber application. Uber contends Plaintiffs' independent contractor classification was correct.

Dated: June 9, 2024

Respectfully submitted,

*/s/Robert W. Pritchard*

Robert W. Pritchard, Bar No. 76979
rpritchard@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone:   412.201.7600
Facsimile:    412.456.2377

Paul C. Lantis, Bar No. 309240
plantis@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3073
Facsimile: 267.402.3131

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
GEGEN LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2024, Defendants' Trial Brief Regarding Court's Statement of the Case During Jury Selection was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel and parties of record.

*/s/Robert W. Pritchard*