IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,<br><br>        Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC. and GEGEN LLC,<br><br>        Defendants. | Civil Action No. 2:16–CV–00573–MMB<br><br>Judge Michael M. Baylson |

## DEFENDANTS' MOTION FOR CORRECTIVE JURY INSTRUCTION

Defendants Uber Technologies, Inc. and Gegen LLC hereby move the Court to retract its confusing and prejudicial statements made during its response to the jury's question regarding unanimity. For the reasons stated herein and more fully in Defendants' accompanying Memorandum of Law, Defendants respectfully request the Court provide the proposed corrective instruction – as set forth in Exhibit B of the accompanying Memorandum of Law – before jury deliberations resume on June 18.

Dated: June 17, 2024

Respectfully submitted,

*/s/ Robert W. Pritchard*
Robert W. Pritchard, Bar No. 76979
rpritchard@littler.com
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7628
Facsimile: 412.774.1957

Paul C. Lantis, Bar No. 309240
plantis@littler.com
LITTLER MENDELSON, P.C.
Three Parkway

1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Telephone: 267.402.3073
Facsimile: 267.402.3131

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC and
GEGEN LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June 2024, **Defendants' Motion for Corrective Jury Instruction** was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel and parties of record.

              */s/ Robert W. Pritchard*
              Robert W. Pritchard