## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALI RAZAK, KENAN SABANI, and
KHALDOUN CHERDOUD,

               Plaintiffs,

     v.

UBER TECHNOLOGIES, INC. and
GEGEN LLC,

               Defendants.

Civil Action No. 2:16–CV–00573–MMB

Judge Michael M. Baylson

### [PROPOSED] ORDER

    AND NOW, on this ___ day of _____, 2024, upon consideration of Defendants' Motion for Corrective Jury Instruction, the documents filed in support thereof, and any opposition thereto, and for good cause shown, it is hereby ORDERED that Defendants' Motion is GRANTED. The Court will provide the proposed corrective jury instruction (Exhibit B to Defendants' memorandum of law in support of its Motion) before jury deliberations resume on June 18.

                              BY THE COURT:

                              _____
                              Michael M. Baylson, U.S.D.J.