IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and GEGEN LLC,<br><br>Defendants. | Case No. 2:16-cv-00573-MMB<br><br>Judge Michael M. Baylson |

### [FIRST PROPSED] ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Plaintiffs' Motion for Judgment as a Matter of Law under Rule 50(b), the supporting submissions, and any opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion for Judgment as a Matter of Law is **GRANTED**. The Court hereby declares that Plaintiffs were employees of Defendants during the relevant period (2013 through January 11, 2018) under the Fair Labor Standards Act, the Pennsylvania Minimum Wage Act, and the Pennsylvania Wage Payment and Collection Law.

**BY THE COURT:**

_____
**Michael M. Baylson**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and GEGEN LLC,<br><br>Defendants. | Case No. 2:16-cv-00573-MMB<br><br>Judge Michael M. Baylson |

### [SECOND PROPSED] ORDER

**AND NOW**, this          day of                    , 2024, upon consideration of Plaintiffs' Motion to adopt Proposed Findings of Facts and Conclusions of Law under Rule 52(a)(1), the supporting submissions, and any opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.  The Court hereby adopts Plaintiffs' Proposed Findings of Fact and Conclusions of Law, as filed on July 1, 2024. Judgment declaring that Plaintiffs were employees of Defendants during the relevant period (2013 through January 11, 2018) under the Fair Labor Standards Act, the Pennsylvania Minimum Wage Act, and the Pennsylvania Wage Payment and Collection Law shall be entered separately pursuant to Rule 58.

**BY THE COURT:**

**Michael M. Baylson**
**United States District Court Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD, | Case No. 2:16-cv-00573-MMB |
| Plaintiffs, | Judge Michael M. Baylson |
| v. | |
| UBER TECHNOLOGIES, INC. and GEGEN LLC, | |
| Defendants. | |

## [THIRD PROPSED] ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Plaintiffs' Motion for Certification under 28 U.S.C. § 1292(b), the supporting submissions, and any opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion for Certification under 28 U.S.C. § 1292(b) is **GRANTED**. This case (including the Court's Memorandum Re: Motions for Judgment as a Matter of Law, ECF 314) is hereby certified as final pursuant to 28 U.S.C. § 1292(b).

**IT IS FURTHER ORDERED** that all proceedings and deadlines are stayed pending the Third Circuit's decision regarding an interlocutory appeal. The parties shall submit a joint status within fourteen (14) days from any Third Circuit Order denying Plaintiffs' petition for interlocutory appeal.

BY THE COURT:

_____
**Michael M. Baylson**
**United States District Court Judge**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD, | Case No. 2:16-cv-00573-MMB |
| Plaintiffs, | Judge Michael M. Baylson |
| v. | |
| UBER TECHNOLOGIES, INC. and GEGEN LLC, | |
| Defendants. | |

### [FOURTH PROPSED] ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Plaintiffs' Motion for New Trial, the supporting submissions, and any opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.  A new trial is scheduled to begin on _____, 2024.                                       .

**IT IS FURTHER ORDERED** that the jury's role shall be limited to resolving historical facts. The parties shall submit proposed jury interrogatories addressing disputed historical facts within fourteen (14) days of trial.

**IT IS FURTHER ORDERED** that the jury pool shall include at least seven (7) potential jurors from Philadelphia County.

        **BY THE COURT:**

_____
**Michael M. Baylson**
**United States District Court Judge**