# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALI RAZAK, et al.** <br><br> **v.** <br><br> **UBER TECHNOLOGIES, INC., et al.** | **CIVIL ACTION** <br><br> **NO. 16-573** |

## ORDER RE: POST-TRIAL MOTIONS

**AND NOW**, this **30th day** of **July, 2024**, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED:**

1. Defendants' motion for a declaration of a mistrial and to dismiss this action with prejudice (ECF 343) is **GRANTED**.[1]

2. In the alternative, Defendants' motion for judgment as a matter of law (ECF 342) is **GRANTED**.

3. Plaintiffs' motion for judgment as a matter of law and assorted other relief (344) is **DENIED.**

4. Plaintiffs' objection to the jury pool (ECF 329) is **DENIED**.

5. All other pending motions are **DENIED** as moot.

The Complaint is therefore **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*s/ Michael M. Baylson*

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 16\16-573 Razak v Uber Technologies\16cv573 - Order re Post-Trial Motions.docx

---

[1] In so granting, the Court notes that Defendants' motion to dismiss Plaintiffs' sixth cause of action for declaratory relief (ECF 308) is also **GRANTED**.