IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALI RAZAK, KENAN SABANI, and KHALDOUN CHERDOUD,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and GEGEN LLC,<br><br>Defendants. | Case No. 2:16-cv-00573-MMB<br><br>Judge Michael M. Baylson |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Ali Razak, Kenan Sabani, and Khaldoun Cherdoud appeal to the United States Court of Appeals for the Third Circuit from the July 30, 2024 Opinion (ECF No. 351) and Order (ECF No. 352) granting Defendants' motion for a declaration of a mistrial and to dismiss this action with prejudice, granting Defendants' motion for judgment as a matter of law, denying Plaintiffs' motion for judgment as a matter of law and assorted other relief, denying Plaintiffs' objection to the jury pool, and denying all other pending motions as moot. Plaintiffs also appeal from the June 17, 2024 jury instructions, oral decision overruling Plaintiffs' objections to those jury instructions, oral decision denying Plaintiffs' proposed jury instructions, and oral decision denying Plaintiffs' objections to the supplemental verdict form (Trial Trans. 103:24–177:14, June 17, 2024, ECF No. 358). Plaintiffs also appeal from the June 4, 2024 Opinion (ECF No. 313) and Order (ECF No. 314) denying Plaintiffs' motion for judgment as a matter of law. Plaintiffs also appeal from the March 8, 2024 jury instructions, oral decision overruling Plaintiffs' objections to those jury instructions, oral decision denying Plaintiffs' proposed jury instructions, and oral decision denying Plaintiffs' objections to the

supplemental verdict form. (Trial Trans. 168:9–170:22, 249:14–257:24, March 7, 2024, ECF No. 275; Trial Trans. 88:7–167:10, March 8, 2024, ECF No. 276).

Dated:  August 29, 2024                     *s/ Jeremy E. Abay*
                                                Jeremy E. Abay (PA # 316730)
                                                LICHTEN & LISS-RIORDAN, P.C.
                                                76 E. Euclid Avenue, Suite 101
                                                Haddonfield, NJ 08033
                                                (856) 509-5346
                                                jabay@llrlaw.com

                                                Shannon Liss-Riordan (*pro hac vice*)
                                                Thomas Fowler (*pro hac vice*)
                                                LICHTEN & LISS-RIORDAN, P.C.
                                                729 Boylston Street, Suite 2000
                                                Boston, MA 02116
                                                (617) 994-5800
                                                sliss@llrlaw.com
                                                tfowler@llrlaw.com

                                                Bret Stanley (*pro hac vice*)
                                                THE STANLEY LAW FIRM, PLLC
                                                1700 Richmond Avenue, Suite 1700
                                                Houston, TX 77079
                                                (832) 856-6486
                                                bstanley@stanleypllc.com

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jeremy E. Abay, certify that on August 29, 2024, a true and accurate copy of the foregoing document was served on counsel for Defendants by filing on the Court's CM/ECF system.

*s/ Jeremy E. Abay*
Jeremy E. Abay
